Brian M. Waterman 126456
Name

EDCF P.O. Box 311

Eldorado KS 67042
Address

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Brian waterman , Plaintiff <br> *(Full Name)* | CASE NO. 23-3182-JWL <br> *(To be supplied by the Clerk)* |
| V. | |
| Doctor Harred , Defendant (s) <br> Centurion | CIVIL RIGHTS COMPLAINT <br> PURSUANT TO 42 U.S.C. <br> §1983 |

### A. JURISDICTION

1) Brian Waterman , is a citizen of Kansas
   *(Plaintiff)*                              *(State)*

who presently resides at El dorado Correctional
                                    *(Mailing address or place*
Facility                                                    .
*of confinement.)*

2) Defendant Doctor Harred                          is a citizen of
             *(Name of first defendant)*

El dorado, Kansas                          , and is employed as
         *(City, State)*

Doctor at EDCF                          . At the time the
*(Position and title, if any)*

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Individual / Official Capacity

---

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant __Steward_____ is a citizen of
   *(Name of second defendant)*

__El dorado   Kansas_____, and is employed as
   *(City, state)*

__HSA_____. At the time the
   *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

__Official and Individual Capacity_____

(Use the back of this page to furnish the above information for additional defendants.)
   On Back

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

   assert jurisdiction under different or additional statutes, you may list them below.)

   __Imminent danger Exception 28 U.S.C'__
   __1915 (g)__

B. NATURE OF THE CASE

1) Briefly state the background of your case:

   __Denial of Medical Services. All cultures__
   __for immune deficiency was cancelled.__
   __Anerobic and Aerobic cultures cancelled.__
   __Refused medical care for rip and tare in__
   __right shoulder since September of 2022.__

2

Defendant: Flores, Eldorado KS, Health care provider. Acting under color of state law, yes. Individual an official capacity.

Defendant: Buchanan, Eldorado KS, unit Manager. Acting under color state law, yes. Individual and official Capacity.

count 1: Punishment, Farmer, 511 U.S. at 834 prison officials are deliberately Indifferent to inmates health and safety. Id. In sum, to establish that a prison official acted with deliberate indifference, Plaintiff must "present evidence from which a tier of facts could conclude "That the official was subjectively aware of the risk 'and 'disregarded that risk by Failing to take reasonable measures to abate it" Greene v. Bowles, 361 F.3d 290, 294 (6th Cir 2004); Ledbetter v. City of topeka Kan, (10th Cir. 2001); "Prison officials are deliberate Indifference when they deny, delay, or interfer with medical needs" Wood v. Housewright, 900 F.2d 1332, 1334 ( 9th Cir. 1990) Rhodes v. Chapman, 452 U.S. 337, 346 (1981). In January of 2022 I was found to be Missing two bags of blood. Since then Doctors visited Me at Hutchinson prison, over my Immune deficiency. was transfered to Eldorado Corr. Cronic Care provider Flores ordered my blood work sent out in April of 2023. which I have found out is now Cancelled. Placing my life in great danger. This immune deficiency can be attacking My body at any level. All Anerobic and Aerobic cultures were cancelled By HCP. Flores and Doctor Harred. Due to filing grievances on Doctor Harred. I found this out on July 22nd, 2023 when I filed another health service request form. HSA steward refuses all Cronic Care to me In Segregation. Unit Team Scolari for A2ch has stated I would be down here for a year pending transfer., Unit Manager Buchanan has been having U.T. Scolari give hur all my grievances and Trashing them. I can not get past A2ch unit Team. They handle all My grievances and out going mail to topeka Sec of Corrections. U.T.S. Buchanan is going so far as to now deny my grievances to warden Tommy williams, Answering for him. Stalling my grievances out.

-1-

This immune deficiency is Life threatening. Placing my health and safety in imminent danger. The federal courts have also clarifed that if there is a pattern of past conduct that places an incarcerated person in imminent danger of Harm, and which is on going, then the litigant meets the exception. Newkirk v. Kiser, 812 F. App'x 159, 160 (4th Cir. 2020), cert. denied, 141 S. ct. 1087, 208 L. ED. 2d. 541 (2021) Buchanan's malicious and vindictive actions, along with Flores, Harred, steward show a shocking to the conscience disregaurd for humanity, and violate the eighth amend ment cruel and unusal punishment decency standard. A restraining order will be filed on at least U.T.S. Buchanan for Blocking the grievance procedure, to cure and exhaust remedies that are Life threatening. It is in the publics best interests for Correctional staff to follow requlations and policies, KAR, I.M.P.P. Filed on 7-26-2023

-2-

count II: serious medical needs." Farmer v. Brennan 511 U.S. 825, 834 (1994) Prison officials are acting with a culpable state of mind." Prison officials are deliberately Indifferent when they deny, delay, or interfere with medical care. Wood v. Housewright, 900 F2d 1332, 1334 (9th Cir. 1990) HSA steward and Doctor Harred refuse to provide any medical care or attention to me over my torn right shoulder since September of 2022. I'm segregation with no access to medical. U.T.S. Buchanan throws my grievances away on medical for refusing to deal with my medical needs. My right shoulder causes me unwanten pain and Infliction throughout The day and when I sleep at night. I can not advance on any grievance on medical as UTS Buchanan has them delivered to her. In A2 ch.

-3-

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: eighth amendment violation deliberate Indifference standard under estelle v. Gamble 429 U.S. 97, 106 (1976) cruel and unusal

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

All medical has been denied to me at El dorado correctional facility for Immune deficiency, by HCP Flores, Doctor harred, HSA Steward, UTS Buchanan.

B) (1) Count II: eighth amendment violation violation cruel and punishment estelle v. Gamble 429 U.S. 97, 106 (1976) deliberate Indifference to such

(2) Supporting Facts: Since Sept of 2022 I've had a rip in shoulder muscle right. Mri revealed this. No doctors apptments, medications, medical mattress provided. left to suffer in pain.

C) (1) Count III: _____N/A_____

_____

(2) Supporting Facts: _____N/A_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☒ No☐ . If your answer if "Yes", describe each lawsuit. (If there is more than

one lawsuit, describe the additional lawsuits on another piece of paper, using the same

outline.)

a) Parties to previous lawsuit:

Plaintiffs: _Waterman v. Williams_____

Defendants: _Williams, EAI, Hoforth, Brewer, ect.___

b) Name of court and docket number ___?_____

_____

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

pending?) _Just filed on 7-25-2023 by_____

_Scolari A2ch Unit Team.___

d) Issues raised ___lots_____

_____

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

e) Approximate date of filing lawsuit $\underline{\text{7-25-2023}}$

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Tried to File grievances UTS Buchanan has thrown them away on medical staff. No six month account summaries will be Provider per U.T. Scolari / Buchanan.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

InJuntive relief; outside medical Care provider away from Centarion, Emergency transfer For health and safety, Punitive; $3,500.00

_____          _Brian Waterman_
Signature of Attorney (if any)                    Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                 CIVIL RIGHTS COMPLAINT §1983