In The United States District Court for
The District of Kansas

Waterman
Plaintiff
v.
Dr. Harred
Defendant

Case no. 23-cv-03182-JWL

## Motion to object

Comes now, plaintiff Waterman pro se filing such Motion to object to Denying to proceed under imminent danger exception. As This imminent danger and medical abuse is continuing by KDOC employees in retaliation. This Motion is pro se and shall be liberally contrued. Haines v. Kerner (1972)

1. On 8-01-2023 sgt. Jewers and A1ch unit Team placed inmate nick sheldon in my cell 251, knowing we both had bottom bunk restrictions. Against medical orders.

2. A1 cell house unit Team then called medical and had my bottom bunk restriction taken so sheldon could stay in the cell.

3. A2ch unit Team on 8-02-2023 scolari threatened me with a punitive cell called slam cell if I did not give up the bottom bunk to sheldon.

-1-

4. So with a Documented Torn right muscle in My shoulder and bone spurrs in my right knee I was forced back on top bunk.

5. On 8-03-2023 I was seen by nurses Knipp and Dorde over my Torn shoulder. Bottom bunk restriction reinstatted. Nurse Dordie notified Alch unit Team Scolari.

6. Scolari refused to follow medical orders. As a result Nick Sheldon fell off the stool and had a Seizure on 8-07-2023. Then again on 8-8-23.

7. On 8-8-23 I went back to top bunk. So pulling My self up I reinjured my right shoulder. pain is shooting all the way down to my right elbow. My shoulder muscle is constantly throbing.

8. On 8-08-23 The nurse went again to unit Team Telling them they could not have two bottom bunk restrictions in one cell. We were left.

9. But on 8-08-2023 Scolari and Brewer plus sgt. Jewers made at least 10 in house cell moves But disrequard all medical orders and left me and Inmate Sheldon together. Causing us both serious harm.

10. I've been here eight months and still haunt seen the Orthopedic Doctor. This Doctor comes once

a month. Centurion Medical nor KDOC employees will provide medical care to me.

11. I'm an Inmate a prisoner. I have no other means to seek medical care. When the officials over my medical and safety are so careless and reckless out of Maliciousness that is causing me and other Inmates serious medical injuries, which becomes sadistic, that no decent society approve of.

12. Then the petitioner has met the imminent danger exception. How can I have my surgery done at EDCF when non-medical staff over ride medical orders which place inmates in danger.

13. Mental health has refused to lower my mental health points, which is allowing all prisons to deny me for a transfer. I don't see mental health for anything! So I have to wait six month on mental health, then another six months to be finally transfered.

14. Thats 9 more months of sadistic and punitive medical abuse. My right shoulder muscles are seperating in the front. Now I've reinjuried my arm due to KDOC refusing to follow simple medical orders.

15. Emergency grievances were filed. Warden Williams ignored them as well. If this court refuses this motion. Then an interluctory appeal will be sought to Colorado or kansas Supreme Courts, As this is continuing abuse which is being deliberately

-3-

inflicted.

16. Unit Team Scolari and Brewer now refuse me the law library tablet, so as not to be able to litigate over my medical issues. placing barrier between me and the courts.

17. This Court must listen the plaintiff that Medical Has repeatedly went to Scolari over my medical, and it has been deliberately ignored, that has now caused me a new injury.

18. Even extra length hand cuffs which were ordered at HCF by medical and here, Scolari and LT. Austin have refused to me.

19. Everytime im cuffed up my right shoulder is squeezed tight and im in extreme pain over my torn muscles.

20. NO MEDICAL CARE IS UPHOLD at EDCF.
I've clearly met the imminent danger exception when it comes to inadequate medical care that is resulting in further physical injuries. Dated 8-09-2023

Certificate of Service

Clerk of Court
United States Dist. Courts
500 States Ave
Kansas City, KS 66101

Brian Waterman 126456
EDCF A2ch cell 251
P.D. Box 311
Eldorado KS 67042

—4—