In the United States District Court for the District
of Kansas

Brian Waterman
Plaintiff
V.
Doctor Harred                    Case no. 23-CV-318-JWL
Defendant

## Motion to Amend

comes now, plaintiff Waterman pro se requesting
Permission from the District Courts to amend complaint
To correct defendants names and correct tittles. Also
To plead sufficient facts for the defendants to be able
To adequately respond too. In Count II as after the
Initial Filing new events arose that constitute ongoing
Constitutional violations.

1. Defendants to add; Unit Team Nicole Scolari, HSA Sarah
Madqwick, As Steward isnt the HSA. Unit Team Little.
possibly Jeff Zuma and Darcie Holthaus. To correct
Docter Harried name. Also to add the orthopedic doctor
John Doe. Nurse Knipp.

2. Nurse Knipp on 8/28/23 after my visit with the orthopedic
doctor on 8/23/23 has claimed he never left any instructions
about my torn muscle.

3. The orthopedic stated on 8/23/2023 that my Torn muscle
will not Heal until I Finish physical therapy. As the muscle
and liagiment have to strengthen around the bones

— 1 —

HSA Madgwick is denying this treatment as well as Dr. Harried. Nurse Knipp has lied on my sick calls about this. The correct date is July 2022 since ive torn my shoulder. 15 months with a torn muscle does not constitute mere negligence.

4. id amend now instead of being allowed as a pro se litigant to cure the defficiencies later. praying for a quick litigation and resolution.

Submitted to the District Courts on 9/25/2023 by E-File from EDCF.

Certificate of service

Clerk of Court
U.S. District Courts
500 State Ave
Kansas City, KS 66101

Brian Waterman 126456
EDCF A2-251
P.O. Box 311
Eldorado KS 67042

-2-