9/15/2023                14:32:14                Kansas Department of  Corrections                PGM - BKR0050B              Page    1
                                                 Inmate Account Statement

Inmate:  0126456 WATERMAN,BRIAN,MICHAEL

|  | Total Deposits | Average Cash Balance* | Average Forced Savings[1] Balance* | Average Mandatory Savings[2] Balance*** |
|---|---|---|---|---|
| February: | 2.39 | 10.22 | 41.50 | .00 |
| March: | 19.22 | 2.95 | 41.64 | .00 |
| April: | 75.44 | 12.27 | 45.30 | .00 |
| May: | 189.74 | 20.16 | 48.43 | .00 |
| June: | 306.60 | 72.26 | 70.22 | .00 |
| July: | .70 | 11.83 | 84.88 | .00 |
| Total all Months: | 594.09 | 129.69 | 331.97 | .00 |

Average for Preceding Months:**      99.02        21.62          55.33              .00

Current Available Balance as of  9/15/2023:     20.44          92.69

*NOTE:    The average balance is calculated from the account data for the inmate
          location at the time interest is posted to his/her account for cash,
          forced savings, and mandatory savings.

**NOTE:   Average balance for preceding months is calculated from only
          months for which interest has been posted.

***NOTE:  Mandatory savings cannot be spent on court costs or attorney
          fees pursuant to statute and the Kansas Department of Corrections policy.


This is to certify that this statement represents a true summary of
deposits and average daily balances for the period shown.  The
current balance of available funds is as reflected in the above statement.

Certify Correct:                              _Jessica Ramsdell_ 09/15/2023
KANSAS DEPARTMENT OF CORRECTIONS               Signature of Authorized     Date
714 SW Jackson, Suite 300
Topeka                    KS   66603-0000      Accountant I
                                               Position

CASE NO. 23-CV-3182-JWL

[1]Forced Savings is established per Internal Management Policy and Procedure 04-103.
[2]Mandatory Savings is established per K.S.A. 75-5268 1(g).