In The United States District Court for the district of Kansas

Brian Waterman
Plaintiff

V.

Dr. Harred Centurion et, al.,
Defendant

Case no 23-CV-0382-JWL

## Motion to order Warden Jesse Hoses and unit Manager Williams To stop denying plaintiff access To the courts

Comes now plaintiff Waterman prose filing under the First amendment of the United States Constitution to prohibit KDOC Warden Jesse Hoses and A2 unit Manager William from denying plaintiff access to the courts in this case. This motion is prose and shall be liberally Construed. Haines v. Kerner (1972)

1. Bounds v. Smith, directly dealt with inmates being denied access to the courts by Department of Corrections. We are to be supplied adequate paper, pen, envelopes, and the Constitutional right to correspond with the United States District courts, and court forms, Legal work.

2. Since October 7th 2023 warden Hoses and unit Manager Have kept my legal materials from Me. which is paper, pen, and The court forms to amend the complaint, and all other legal work from this court concerning this case.

3. Jesse Hoses most recently was deputy warden at Eldorado Correctional Facility when the prisoner civil suit started. Mr. Hoses is now the Warden at LACF. As a favor to EDCF He has denied Me any legal work or papers while at LACF Segregation.

—1—

4. My property was deliberately left in B6-208 to be stolen by inmates on October 7th 2023. radio, fan. All my Hygiene, personal cloths. I have no idea what legal work is left.

5. Since being in A2 segregation pending transfer again, all ive received in segregation is my bible, cards, pictures. My legal box was sent to property officer Shaw.

6. All other inmates are allowed there legal box; "legal papers." I've been told I can not have mine. While at EDCF I filed to Have the $19.50 payed out of my forced savings. I have no idea if it has been done yet. As A2 unit Manager williams will not allow me access to the Courts.

7. My cell mate had to give me some paper to file this motion. I havnt receive any Mail from this Court since being at Lansing Correctional facility. I cant object or respond as I have no idea what is happening in this case.

8. Unit Manager williams is responsible for ensuring our legal work gets to us. I have filed a grievance over this. UTM williams is refusing to allow me to have any legal papers or work in segregation.

9. The plaintiff would have this Court order all legal work be provided in this case, and motions. Also whatever deadlines be reset due to this barrier by the defendants. As this $19.50 should be paid already as I have $92.00 in forced savings. This Motion was given to A2 unit Team on October 24th, 2023 to be E-filed.

Certificate of Service

Clerk of Court
Us District Courts
444 SE Quincy Ave
Topeka KS 66612

Brian Waterman 124456
Lansing C.F. A2-107
P.O. Box 2
Lansing KS 66043

-2-