In the United States District Courts, for the District of Kansas

Brian Waterman
Plaintiff
US.                                           Case no. 23-cv-3182-JWL
Dr. Harred
Defendant

Motion to Suspend 20% filing
fee's, Due to C.I.B. David ferris
retaliation and abuse of Office

comes now, plaintiff Brian Waterman pro se filing such motion in good faith to the united states District courts to Suspend C.I.b. David ferris authority to deduct 20% of my earnings from my account. Until this can be Judicially resolved. This Motion is pro se and shall be construed Liberally.

for the past year Central Bank Business manager David ferris has been over charging payments in case no. 3199. Ferris charges me up to five times for one deposit. See March 6th 2023. attached Banking statement, $5.60/$2.40/$1.00/$0.95/$1.48. Now on July 6th, 2022 $1.00/$2.28/$3.157/$13.69. October 18th, 2022 payments $1.80/$0.47/$12.60 again June 1st, 2023 $20.00/$4.00/$1.66. All of these are one deposit, deductions Now in this case filing fee, David Ferris took two payments out of My inmate canteen fund for $19.50 a piece. Double charging me again. C.I.B. Ferris is overriding the system to over charge me fee's. I file a grievance every time. I'm told that the clerk of court will have to refund any over sight.

C.I.B. Has three different Inmate accounts it manages. forced savings, mandatory savings, and Inmate canteen funds. for the initial filing fee I filed out the SP.O. AWR to have $19.50 withdrawn from forced savings. Ferris instead ignored the paper work and took a second payment out of my canteen funds.

— 1 —

Once again I wrote accounting asking why. and I needed a refund. Appealed request# electronic 3971749OL. status:

I can see that the awr. Submitted on 11/8/2023 shows approval use of forced savings. I am not sure why the funds were not taken from there. C.I.B. should be able to answer that Question.

1. Attached is a Blank AWR long form for the courts to view to see that we use this form for forced savings for court filing fee's.

2. If this was a one time issue fine. This theft is recurring, on going, continuance situation.

3. C.I.B. has stolen entire deposits from me. I actually Just wrote the govenor's office over Banking Fraud, theft, altering Banking history.

4. I'm waiting on our phones to be replaced as every phone in Seg A2 is Broke for weeks, So I can have my Family contact the FBI/IRS on David Ennis theft of my funds.

5. I have a protected property interest in 'Monies received from friends and family outside of prison" Gillihan v. Shillinger, 872 F.2d. 935, 938, (10th Cir. 1989) There is no penological goal or interest in overcharging my account for fee's. Overton v. Bazzetta, 539 U.S. 126, 132, 123, S.CT 2162, 156 L.ED. 2d. 162 (2003)

6. Theft of my funds does cause me an 'atypical Hard Ship in my ordinary prison life. I can not purchase phone time, or G.T.L. imail time, no stamps to write love ones. Even though my funds are stolen, I'm still not considered Indigent. I cant receive Indigent envelopes to write Family. This would be properly analyzed under Sandin v. Conner, 515 U.S. 472, 115 S.CT. 2293, 132, LED. 2d. 418 (1995) The substantial due process In the Tenth Circuit under Doe v. Woodard, 912 F.3d. 1278, 1300 (10th Cir. 2019) would fall under executive action that is so arbitrary that it shocks the Judicial conscience,

-2-

Conduct that is abusive or outrageous. There's no doubt that deliberate theft out of an inmates funds is abusive. This court like many others in Kansas place faith in C.I.B. to garnish funds appropriately. Not abuse their office to retaliate, or punish inmates arbitrarily.

7. This court must consider the theft of all my property. now money too. KDOC empolyee's are actually showing a constant pattern of abusive misconduct.

8. I'm level 3, no Disciplinary history, no stg. im a role model Inmate. KDOC has no answer to validate their constant attack against me in all area's of prison Life.

9. I request this court to suspend all payments until this matter is fixed. I have filed to Ext Gill to Investigate C.I.B. ferris, electronic form-9. #401924661/402072286, I've received no response, or action on behalf of Lansing to Investigate C.I.B. Misconduct.

10. No refund has been issued either. Even after this case the issue still remains.

11. I Also ask the courts to issue me a receipt for all funds received in the two Appeal cases under NO. 3199.
    As soon as our wireless phones are replaced the proper authorities in the Federal branch are being contacted over David ferris Banking fraud, theft and deception. Everything is electronic an tracable. E-filed Hopefully on 12/7/23

<u>certificate of service</u>

Clerk of Court
US Dist. Courthouse
500 Stadus Ave
Kansas City, KS 66101

Brian Waterman 126456
LCF/A2-107
P.O. Box 2
Lansing Ks 67043