## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BRIAN MICHAEL WATERMAN,

      **Plaintiff,**

      **v.**                        **CASE NO.  23-3182-JWL**

(FNU) HARRED, et al.,

      **Defendants.**

## O R D E R

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983.  The Court granted Plaintiff leave to proceed *in forma pauperis*.  Plaintiff is incarcerated at the Lansing Correctional Facility in Lansing, Kansas ("LCF").  On November 27, 2023, the Court entered a Memorandum and Order (Doc. 19) ordering the KDOC to submit a *Martinez* Report by January 27, 2024.  Plaintiff has filed a Motion to Suspend 20% Filing Fees Due to CIB, David Ferris Retaliation and Abuse of Office (Doc. 20).

Plaintiff's motion asserts that for the past year, Central Inmate Bank ("CIB") Manager David Ferris has been overcharging him for payments in "Case No. 3199."[1]  (Doc. 20, at 1.)  Plaintiff states that he gets charged up to five times for one deposit into his inmate account and attaches an example.  (*See* Doc. 20-1, at 2.)  He further alleges that this constitutes theft of his funds.  (Doc 20, at 2.)

According to Court records, Plaintiff currently owes the Court for filing fees on twelve (12) cases, not including the present case.  It is the practice of the Court to apply any payments received to the oldest case first, unless there is an initial partial filing fee due.  At this point,

---

[1]  Plaintiff does not have a case with the last four digits of 3199.  However, he does have a case numbered 20-3119.

payments received from KDOC on Plaintiff's behalf are paying off the filing fee in Case No. 18-3035.

If Plaintiff believes his constitutional rights have been violated, he should file an action after fully exhausting the KDOC's grievance procedures.  Plaintiff's current motion is denied.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion to Suspend 20% Filing Fees Due to CIB, David Ferris Retaliation and Abuse of Office (Doc. 20) is **denied.**

**IT IS SO ORDERED**.

**Dated December 14, 2023, in Kansas City, Kansas.**

<u>**S/ John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**