In the United States District Court for the District of Kansas

Brian Waterman
Plaintiff

vs.

Dr. Harred.                                    Case no. 23-cv-3182-JWL
Defendant

## Motion to Correct Martinez order

Comes now, plaintiff Waterman pro se filing a motion to allow Plaintiff to respond to defendants Martinez report. The courts have made an error or oversight in their order on Nov. 27th, 2023, only setting a date for the defendants deadline to file their Martinez report. The courts have stated wether they will allow the plaintiff to respond, or a date for the plaintiff to have his response submitted by. In Scott v. Anderson, 2023 U.S. Dist. Lexis 196927. Allow the plaintiff to respond to KDOC Martinez report. This order reads as following: The KDOC shall submit the Martinez report by January 27, 2024. Upon the filing of that report, the court will screen [*7] Plaintiffs amended complaint. If the amended complaint survives screening, the court will enter a seperate order serving defendants and setting an answer deadline.

No where in the Nov. 27th 2023 order does the court acknowledge that Plaintiff is allowed to respond. Obviously this was just an error and over sight by the Clerk. The plaintiff request a date to be set for plaintiff to respond by.

## Certificate of service

Clerk of Court
U.S. District Court house
500 state ave
Kansas Kity, KS 66101

Brian Waterman 126456
L.C.F. / A2-107
P.O. Box 2
Lansing KS 67043

-1-