IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRIAN MICHAEL WATERMAN,

      **Plaintiff,**

      **v.**                                  **CASE NO.  23-3182-JWL**

(FNU) HARRED, et al.,

      **Defendants.**

**O R D E R**

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983.  The Court granted Plaintiff leave to proceed *in forma pauperis*.  Plaintiff is incarcerated at the Lansing Correctional Facility in Lansing, Kansas ("LCF").  On November 27, 2023, the Court entered a Memorandum and Order (Doc. 19) ordering the KDOC to submit a *Martinez* Report by January 27, 2024.  Plaintiff has filed a Motion to Correct Martinez Order (Doc. 22).

Plaintiff's motion asserts that the Court made an error in the November 27 order by failing to set a date for Plaintiff to file a response to the *Martinez* Report.  The motion asks the Court to provide a deadline.

The motion is denied.  After the Report is received, the Court will review it and screen the Amended Complaint (Doc. 17).  If the Amended Complaint survives screening, the Court will order service on the defendants.  If the Court finds that the Amended Complaint is subject to dismissal, it will enter a show cause order giving Plaintiff an opportunity to respond at that point.

1

2

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion to Correct Martinez Order

(Doc. 22) is **denied.**

**IT IS SO ORDERED**.

**Dated January 9, 2024, in Kansas City, Kansas.**

<u>**S/   John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**