**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**BRIAN MICHAEL WATERMAN,**

      **Plaintiff,**

      **v.**                    **CASE NO.  23-3182-JWL**

**(FNU) HARRED, et al.,**

      **Defendants.**

**O R D E R**

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983.  Plaintiff is incarcerated at the Lansing Correctional Facility in Lansing, Kansas ("LCF").  On November 27, 2023, the Court entered a Memorandum and Order (Doc. 19) ordering the Kansas Department of Corrections ("KDOC") to submit a *Martinez* Report by January 27, 2024.  The *Martinez* Report has been filed. (Doc. 24.)  This matter is before the Court on a motion filed by the KDOC (Doc. 29) to file Exhibit L to the *Martinez* Report under seal.

The motion seeks to file under seal Plaintiff's medical and behavioral health records (Exhibit L to the Report; Doc. 25).

For good cause shown,

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's motion (Doc. 29) to file Exhibit L to the *Martinez* Report under seal is **granted**.

**IT IS SO ORDERED**.

**Dated January 31, 2024, in Kansas City, Kansas.**

                **S/  John W. Lungstrum**
                **JOHN W. LUNGSTRUM**
                **UNITED STATES DISTRICT JUDGE**