IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRIAN MICHAEL WATERMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. 23-3182-DDC-RES |
| | ) |
| **(FNU) HARRED,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

 (fnu) Buchanan
Printed name of party who waives service           Printed name of party who waives service

 Nicole Scolari
Printed name of party who waives service           Printed name of party who waives service

 (fnu) Little
Printed name of party who waives service           Printed name of party who waives service


Printed name of party who waives service           Printed name of party who waives service


Printed name of party who waives service           Printed name of party who waives service


Printed name of party who waives service           Printed name of party who waives service


Printed name of party who waives service           Printed name of party who waives service

1

## Non-KDOC Defendants

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

| Dr. Harred | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |

| Sarah Madgwick | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |

| (fnu) Knipp | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |

| | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |

| | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |

## Concluding Remarks

Pursuant to the Court's order on April 19, 2024 (Doc. 39), the KDOC Defendants have sixty days after the filing of this waiver to file an answer or other responsive pleading.

| May 20, 2024 | /s/ Whitney L. Casement |
|---|---|
| | Whitney L. Casement #25466 |
| | **STEVENS & BRAND, L.L.P.** |
| | 4848 SW 21st Street, Suite 201 |
| | Topeka, KS 66604 |
| | Tel: 785-408-8000 |
| | Fax: 785-408-8003 |
| | WCasement@StevensBrand.com |
| | *Counsel for KDOC Defendants* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 20th day of May 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court via the CM/ECF filing system and a copy sent to Plaintiff by first class U.S. mail, postage prepaid, to:

 Brian Waterman #126456
 LSCF
 1318 KS Hwy. 264
 Larned, KS 67550

                */s/ Whitney L. Casement*
                Whitney L. Casement