In the United states District Court For the District
of Kansas

Brian Waterman,
      Plaintiff

v.                       Case no. 23-CV-3182-DDS-Res.

Dr. Harred,
      Defendant

## Motion to stay proceeding

comes now. plaintiff Waterman prose Filing such
Motion for good cause as stated below:

1. Status of a criminal case. On April 18th, 2024 the
Kansas supreme courts issued a mandate to cherokee
County affirmed in part, reversed in part, sentence
vacated, and case remanded with directions upon the
denial. See attached exhibit A.

2. Being transfered to Columbus kansas in the
middle of critical stages would burden both parties
and the courts.

3. This would allow quick and efficient management
of its caseload. Stohr v. Scharer, no. 17-1018-JwB,
2018 U.S. Dist. Lexis 89488, 2018 WL 2427427, at
* 3 ( D. Kan. May 30, 2018) Plus more cost
efficient for all parties.

3. I dont see this taking more than 90 days to
finish up.

- 1 -

# Certificate of service

Clerk of Court
U.S. Dist. Courthouse
500 Stadler Ave
Kansas City, KS 66101

Brian Waterman 1264456
LSCF / F2-227
1318 KS, Hwy 264
Larned KS 67550