IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BRIAN WATERMAN,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No. 23-CU-0382-JWL** |
| **GORDON HARROD, et al.,** | ) | |
| Defendants. | ) | |

### DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION TO STAY

COME NOW Defendants Gordon Harrod, MD, Kelly Knipp, and Sarah Madgwick (collectively, "Medical Defendants"), through counsel John Hicks of Norris Keplinger Hicks and Welder, LLC and (fnu) Buchanan, Nicole Scolari, and (fnu) Little (collectively, "KDOC Defendants"), through counsel Whitney L. Casement of Stevens & Brand, L.L.P., and provide the following response in opposition to Plaintiff's Motion to Stay.

1. Defendants oppose any sort of stay in this action. The Tenth Circuit has held that "the right to proceed in court should not be denied except under the most extreme circumstances." *Commodity Futures Trading Comm'n v. Chilcott Portfolio Mgmt., Inc.*, 713 F.2d 1477, 1484 (10th Cir. 1983). Consequently, as a general rule, courts in the District of Kansas do not favor staying pretrial proceedings. *McCoy v. U.S.*, No. 07-2097-CM, 2007 WL 2071770, at *2 (D. Kan. July 16, 2007).

2. Notably, in his Motion, Plaintiff alleges that his being transferred to Columbus, Kansas would "burden both parties and the courts."

3. However, Plaintiff has not met his burden of proof to establish that a stay is necessary. Rather, Plaintiff vaguely alleges that a stay is necessary to avoid burdening himself, all

named defendants, and this Court. As such, it is unclear how the denial of a stay would burden any party or this Court.

For all these reasons, Plaintiff's Motion to Stay must be denied.

*Respectfully Submitted*,

| | |
|---|---|
| **STEVENS & BRAND, L.L.P.** | **NORRIS KEPLINGER HICKS & WELDER, LLC** |
| /s/ Whitney L. Casement | /s/ John Hicks |
| Whitney L. Casement #25466 | John Hicks, jh@nkfirm.com, #20474 |
| 4848 SW 21st Street, Suite 201 | 11551 Ash Street, Suite 200 |
| Topeka, KS 66604 | Leawood, KS 66211 |
| Tel: 785-408-8000 | Tel: (913) 663-2000 |
| Fax: 785-408-8003 | Fax: (913) 663-2006 |
| WCasement@StevensBrand.com | Counsel for Defendants Gordon Harrod, MD |
| Counsel for KDOC Defendants | Kelly Knipp, and Sarah Madgwick |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th of May 2024, the above and foregoing document was transmitted via regular mail to:

Brian Waterman, 126456

Larned State Correctional Facility

1318 KS Highway 264

Larned, KS 67550

                                                  /s/ John Hicks
                                                  **Attorney for Defendants Gordon Harrod, MD, Kelly Knipp, and Sarah Madgwick**