In the United States District Court for the
District of Kansas

Brian Waterman
    Plaintiff

vs.

Dr. Harred

                               Case no. 23-cv-3182-DDC-RES

Motion for legal work to
remain in my custody
while at Cherokee County
Jail and RDU.

    Comes now, plaintiff Waterman pro se filing such
motion for good cause to the honorable district courts
to order cherokee county sheriff's department to
return me to RDU with all my legal work, including
case law.

    As captain Michelle Tippie tried to keep my legal
work after sentencing on Jan. 4th, 2022, when I had
legal actions in this court pending. Kansas department
of corrections allows inmates to bring their
legal work to R.D.U. I'm sure the attorneys agree
on this too.

Certificate of Service

Clerk of Court
U.S District Courthouse
500 States Ave
Kansas City, KS 66101

Brian Waterman 126456
ECF/S2-E-439
P.O. Box 107
Ellsworth KS 67439

-1-