In the United States District Court for the District of Kansas

Brian Waterman
Plaintiff

vs.

Dr. Harrod
Defendant

Case no. 23-CV-3182-DDC-RES

Motion to prevent assault or Harrasment while at Eldorado RDU-

Comes now, plaintiff Waterman, pro se filing such motion to the courts. This motion is pro se and shall be liberally construed.

1. While at EDCF black suits "Sort" have assaulted me and harrassed me. Now that I'm going back to RDU after county jail. With a civil complaint going on These KDOC employees may try to assault me or have other inmates do it in retaliation. Also harass me by not providing adequate medical care. As I did have Doctors appointments this week for my shoulder, knees, and feet.

If the courts and defendants agree this RDU trip could be one day or less and my return to ECF so my medical can be adequately dealt with and resolution of this case.

Certificate of Service

Clerk of Court
U.S. Dist. Courthouse
500 States Ave
Kansas City, KS 66101

Brian Waterman 126456
Ellsworth Corr. Fac.
SL-E.439
P.O. Box 107
Ellsworth KS 67439

-1-