**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BRIAN MICHAEL WATERMAN,

      Plaintiff,

      v.

GORDON HARRED, et al.,

      Defendants.

Case No. 23-3182-DDC-RES

## SCHEDULING ORDER

This is an action filed by an individual who is incarcerated and not represented by a lawyer. Accordingly, Federal Rule of Civil Procedure 26(f), which generally requires parties to confer and propose a discovery plan before the court enters a scheduling order, does not apply. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv) and 26(f). Additionally, initial disclosures regarding witnesses and documents upon which the parties intend to rely to support their claims and defenses, Plaintiff's damage computations, and any insurance coverage defendants might have are not required in this case. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv). The Court therefore proceeds to enter the following scheduling order.

The Court orders the parties to comply with the following deadlines and discovery directives:

1.     Plaintiff already filed an amended complaint (ECF No. 17) in response to the Court's show-cause order (ECF No. 13). Any motion to amend the pleadings must be filed by **July 19, 2024.**

2.     Protective Order.

2.1   If all parties jointly request the entry of a protective order, the parties shall attach a copy of the proposed protective order (formatted in Microsoft Word) to an email sent to ksd_schwartz_chambers@ksd.uscourts.gov.  The jointly proposed protective order shall be emailed on or before **July 19, 2024**.

2.2   If the parties are not in agreement about a proposed protective order, the party or parties seeking entry of a protective order shall file a motion for entry of a protective order on or before **July 19, 2024**.  The moving party or parties also must attach a copy of the proposed protective order (formatted in Microsoft Word) to an email sent to ksd_schwartz_chambers@ksd.uscourts.gov on the same day the motion is filed.  Plaintiff does not need to comply with this requirement if he lacks access to email.  He instead may file the proposed protective order with his motion.

2.3   The proposed protective order must follow the District of Kansas preapproved form protective order, available on the Court's website: http://ksd.uscourts.gov/index.php/forms/?open=CivilForms.

3.   Any discovery requests must be served on or before **December 13, 2024.**

3.1   No discovery requests may be served after this deadline except by stipulation of the parties or by Court order for good cause shown.

3.2   Responses to discovery requests must be served within the time provided by the Federal Rules of Civil Procedure unless the parties stipulate otherwise.

4. Any deposition of plaintiff must be taken on or before **October 11, 2024.**

    4.1    Leave of Court for the taking of such deposition is granted pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). The deposition may be taken by telephone and/or video conference, if available, at the option of defendants.

5. Dispositive motions (e.g., a motion for summary judgment) must be filed by **January 24, 2025.**

6. If the parties seek the entry of a pretrial order in advance of the dispositive motion deadline, defendants shall submit a jointly prepared pretrial order to the magistrate judge's chambers via email at ksd_schwartz_chambers@ksd.uscourts.gov by **January 17, 2025.** Thereafter, the Court will enter an order setting a final pretrial conference and may adjust remaining deadlines. If a pretrial order is unnecessary in advance of filing dispositive motions, then the Court will set a final pretrial conference after all dispositive motions are decided.

    6.1    Defense counsel is responsible for initiating the drafting of the proposed pretrial order in the form available on the Court's website: http://ksd.uscourts.gov/index.php/forms/?open=CivilForms.

    6.2    Defense counsel must submit the parties' proposed pretrial order (formatted in Microsoft Word) as an attachment to an email sent to ksd_schwartz_chambers@ksd.uscourts.gov. The proposed pretrial order must not be filed with the Clerk's Office or filed via CM/ECF.

7.    If expert testimony is used in this case, disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, must be served by plaintiff by **October 18, 2024**, and by defendants by **November 22, 2024.**

8.    Limits on discovery.

8.1    Interrogatories:  As allowed by Rule 33, no more than 25 interrogatories (including discrete subparts) by each party to any other party.

8.2    Requests for production of documents:  No more than 25 from each party to any other party.

8.3    Requests for admissions:  No more than 25 from each party to any other party.

8.4    Depositions:  Because of the logistical problems involved, self-represented, incarcerated parties may not take depositions without prior Court permission.

9.    Discovery disputes.

9.1    The Court will not entertain discovery-related motions, including motions to compel discovery, motions for sanctions, or the like, unless and until there has been compliance with the following procedure:  In the event of a dispute over discovery, the parties must confer in good faith or make a reasonable effort to confer in good faith, in person, by telephone or by video conference, if possible, and attempt to resolve the dispute.  *See* Federal Rule of Civil Procedure Rule 37(a) and D. Kan. Rule 37.2.

9.2    Before filing any disputed discovery-related motion, and after satisfying the duty to confer or to make a reasonable effort to confer under Fed. R. Civ. P.

37(a)(1) and D. Kan. Rule 37.2, the party intending to file a discovery-related motion must email the Court or file a motion requesting a discovery conference.

10.   Settlement

10.1   Plaintiff must mail or email a good-faith settlement proposal to defendants by **July 19, 2024**.  Defendants must send via mail a good-faith settlement counterproposal to plaintiff by **August 23, 2024**.  These documents are not to be filed.

This scheduling order will not be modified except by leave of Court upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: June 18, 2024, at Topeka, Kansas.

/s/ Rachel E. Schwartz
Rachel E. Schwartz
United States Magistrate Judge