In the United States District Court for the district of Kansas

Brian Waterman, plaintiff

v.

Dr. Harred, Defendant

CASE NO. 23-CV-3182-DDC-RES

FILED
U.S. District Court
District of Kansas

JUN 24 2024

Clerk, U.S. District Court
By_____ Deputy Clerk

Motion for medical care

comes now, plaintiff waterman pro se filing to have medical care provided to me at cherokee County Jail over my right shoulder and neck. This motion is prose and shall be liberally construed.

1. As I have been fully released from KDOC. ECF unit Team Davis. stated KDOC can not house me, and has no jurisdiction over me.

2. I had Othropedic doctor appointments thats taken years to set up, physical therapy to be set up.

3. Cherokee County Jail provider refused to see on 6-14-24 when she was here. The nurse's aid eva is denying to see me. I've had numerous medical issues with this Jail in this court.

4. Seeing that im a pretrial detainer or considered one. That my medical needs have to be met by the jail. Im being denied a pillow, which is causing my right shoulder to ache daily. MRI has already showed the torn shoulder, two neck bone spurs, inflamed disk

—1—

5. Depending on the delay of medical and treatment, Cherokee County Jail staff will be added as defendants.

6. "A prisoners denial of medical violates the eighth amendment cruel and unusal punishment" Estelle v. Gamble, 429 U.S. 97, 107, 97 S. ct. 285, 50 L.ED. 2d. 251 (1976); Sealock v. Colorado, 218 F.3d 1205, 1209 (10th Cir. 2000)

7. I fill this is retaliation by both eninties to cause me unwanton pain and infliction.

8. "The inquiry under a gatekeeper theory is not whether the prison official provided some care but rather whether they fulfilled their sole obligation to refer or otherwise afford access to medical personnel capable of evaluating a patient's treatment needs when such an obligation arises" See Sealock, 218 F.3d at 1211; Mata, 427 F.3d at 751-61.

9. My medical records were sent with me from ECF. I signed for them. No matter what facility I transfer too, I can not get medical care for my shoulder. This delay has been since July 2022.

### Conclusion

Cherokee County Jail be ordered to treat all my medical needs concerning this case, which KDOC is finicial responsible for without delay. I've placed numerous medical request in. No response. That I be allowed to amend and add Cherokee County Capt. Tippie and there medical providers if treatment is not immediately administoried.

### Certificate of Service

clerk of court
US. Dist. Courthouse
500 Stales Ave
Kansas City, KS 66101

Brian Waterman
Cherokee County Jail
915 e. Country Rd.
Columbus KS 66725

-2-