IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BRIAN WATERMAN,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No. 23-CU-03182-JWL** |
| **GORDON HARROD, et al.,** | ) | |
| Defendants. | ) | |

## **DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION TO STAY**

COME NOW Defendants Gordon Harrod, MD, Kelly Knipp, and Sarah Madgwick (collectively, "Medical Defendants"), through counsel Katrina Smeltzer of Sandberg Phoenix & von Gontard, P.C. and (fnu) Buchanan, Nicole Scolari, and (fnu) Little (collectively, "KDOC Defendants"), through counsel Whitney L. Casement of Stevens & Brand, L.L.P., and provide the following response in opposition to Plaintiff's Motion to Stay.

1. Defendants oppose any sort of stay in this action. The Tenth Circuit has held that "the right to proceed in court should not be denied except under the most extreme circumstances." *Commodity Futures Trading Comm'n v. Chilcott Portfolio Mgmt., Inc.*, 713 F.2d 1477, 1484 (10th Cir. 1983). Consequently, as a general rule, courts in the District of Kansas do not favor staying pretrial proceedings. *McCoy v. U.S.*, No. 07-2097-CM, 2007 WL 2071770, at *2 (D. Kan. July 16, 2007).

2. Notably, in his Motion, Plaintiff alleges that the Kansas Department of Corrections ("KDOC") and Cherokee County Jail ('CCJ") are not providing Plaintiff's mail to Plaintiff in a timely manner.

1

3. However, Plaintiff has not met his burden of proof to establish that a stay is necessary. Rather, Plaintiff alleges that the "corrupt" Cherokee county is preventing Plaintiff from receiving legal mail and refusing to provide envelopes to Plaintiff.

4. Plaintiff has been released from KDOC custody and is currently incarcerated at CCJ.

5. CCJ is independent of KDOC. Therefore, employees and contractors of the KDOC have no authority or involvement with CCJ.

6. Pursuant to this Court's order, counsel for Defendants have contacted Jail Administrator Michelle Tippie at CCJ and informed her of Plaintiff's claim of limited access to legal mail, including filings in this case that were mailed to him. Defendants also mailed to Captain Tippie the Court's July 3, 2024 Order (Doc. 58).

For all these reasons, Plaintiff's Motion to Stay must be denied.

*Respectfully Submitted*,

**STEVENS & BRAND, L.L.P.**

*/s/ Whitney L. Casement*
Whitney L. Casement #25466
4848 SW 21st Street, Suite 201
Topeka, KS 66604
Tel: 785-408-8000
Fax: 785-408-8003
WCasement@StevensBrand.com
Counsel for KDOC Defendants

**SANDBERG, PHOENIX & von GONTARD P.C.**

*/s/ Katrina L. Smeltzer*
Katrina L. Smeltzer #26623
4600 Madison Avenue, Suite 1000
Kansas City, MO  64112
Tel: 816-627-5542
Fax: 816-627-5532
ksmeltzer@sandbergphoenix.com
Counsel for Defendants Gordon Harrod, MD
Kelly Knipp, and Sarah Madgwick

26169518

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July 2024, the above and foregoing document was transmitted via regular mail to:

Brian Waterman, 126456

Cherokee County Jail

915 E. Country Road

Columbus, KS 66725

/s/ *Katrina L. Smeltzer*
**Attorney for Defendants Gordon Harrod, MD, Kelly Knipp, and Sarah Madgwick**

3

26169518