In the United States District Court for the District of Kansas

Brian Waterman
Plaintiff

v.   Case No. 23-cv-3182-DDC-RES

Dr. Harred
Defendant

FILED
U.S. District Court
District of Kansas
JUL 19 2024
Clerk, U.S. District Court
By _____ Deputy Clerk

## Plaintiff's Response

Comes now, plaintiff Waterman pro se filing his response to defendants joint opposition for medical care.

1. In Astorga v. Leavenworth County Sheriff, 122, 387, (Kan. App. Nov. 6, 2020) The parties claimed Astorga was a pretrial detainee. The courts found he was not, As he was back for resentencing, he was still guilty of a crime.

2. I'm just back for resentencing. But KDOC had me released all the way out of there custody, so not to have to be liable for medical or claim lack of jurisdiction.

3. The Defendants and Secretary of Corrections since Larned State Correctional Facility have deliberately scheduled doctor appointments, then moved days before I was to be seen.

4. So I've missed two orthopedic appointments and no physical therapy.

5. Upon arrival at CKJ. The provider on Friday refuse to see

-1-

me. Thomas Degroot told me I didn't qualify for an assment. I had filed numerous medical requests.

6. Only after I filed the motion did I get seen a week later. Supposedly the nurse watson is here every day, the jail is almost empty.

7. Furthermore I'm not even suppose to be in County Jail. In May of 2024 after the Kansas supreme courts denied my petition for review I filed a writ of Certiorari to the united states supreme courts in criminal appeal case no. 22-124725-A.

8. In retaliation for filing a civil suit Warden Tim Easley and Mailroom Judy Casco threw away my criminal appeal to the United States supreme Courts 1 First St. NE Washington DC 20543, And my notice to the Kansas Court of Appeals.

9. I have both Account withdrawls were they even charged me. KSA 22-3605. stay of mandate would've been issued. This issue has been filed on not by cherokee Counties prosecutor Burton Harding who is allegedly my attorney, but by myself.

10. So techicnally I was to remain in the Kansas Department of Corrections custody until the United States supreme courts ruled on my writ of Certiorari.

11. I'm sure that depriving an inmate his life will meet the imminent danger exception if not I can file all the way to the U.S. Supreme Courts Asking them. That will look fantistic.

-2-

Right after the Black Carter Case.

12. Once I seen Watson CKJ nurse her first words "You Can not view any Medical records." Obviously Attorney John Hicks has been in Contact with Nurse Watson before the Motion was sent.

13. These defendants have not in any sense or good faith attempted to provide medical care for My shoulder in two years.

14. I've attempted every resolution before filing this civil suit. And KDOC is still pushing off doctor appointments and physical therapy.

15. Now I am at some Hill billy Jail, these people still walk to work bare footed.

16. There making me fillout a medical request every week just for tynelol. Then it takes another week to give it to me for My shoulder and cronic arthritis.

17. KDOC and CKJ are working together to deprive me off basic medical care. CKJ is even given me out of date medication, that almost stroked me out.

18. Just because KDOC completely released me from there Custody doesn't mean it was legitimate. There still responsible for this injury, and should show some integrity before this court. See attached Awr's Ex A-B.

Certificate of Service

Clerk of Court
US Dist. Courts
500 States Ave
Kansas City, KS 66101

Brian Waterman
915 East Country Rd
Columbus KS 66725

— 3 —

Ex A

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| Brian Waterman | 126456 | LSCF | F2-727 | 5-20-24 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To: _____
Name

$ _____    Address: _____
Check Amount

City, State, Zip: _____

Purpose/Inmate Benefit Fund Group: _____

Title of Publication*
Frequency – (Circle One)
Yearly  Monthly  Weekly  Daily  Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper
(Per IMPP 11-101)

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

---

(To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate)   Appellate Court.

To: Clerk of Court
       Name

$ 2.59              ☐ Postage
Postage Amount
                         301 SW 10th Ave
                         Address

                    ☒ Legal/Official Postage
                    (Per K.A.R. 44-12-601)       Topeka KS 66612
                                                    City, State, Zip

Verified By         ☐ Certified                  Copy of writ of Certiorari to
                    (Only if Funds are Available) Reason U.S. Supreme Court

Brian Waterman  5-20-24                          [signature]  5-20-24
Inmate Signature   Date                          Unit Team Approval   Date

Handicraft Approval (If Applicable)   Date    Religious Approval (If Applicable)   Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval   Date

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds                ___ Payee Missing
___ Signature Missing                 ___ Insufficient Address
___ Exceeds Spending Limit            ___ Amount Missing
___ Incentive Level                   ___ Name/Number – Do Not Match
___ Envelope/Order/Stamp Missing      ___ Illegible Information
___ Unauthorized Per IMPP/KAR _____ ___ Other _____

Account Processor              Date Withdrawn        Acct. Use

1504a

Ex B.

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

- **Printed Name:** Brian Waterman
- **Number:** 126456
- **Facility:** LSCF
- **Unit/Cell Location:** F2-227
- **Date:** 5-20-24

Please pay the following and charge to my account:

### Outgoing Funds/Donations

**Payable To:**
- Name:
- Address:
- City, State, Zip:
- Purpose/Inmate Benefit Fund Group:

$ ____ Check Amount

**Title of Publication***
**Frequency – (Circle One)**
Yearly   Monthly   Weekly   Daily   Other
Number of Issues ____
Expiration Date ____
Publication Price ____
*Book, Magazine or News Paper (Per IMPP 11-101)

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)
- ☐ Community Identification
- ☐ Civil Filing, Transcript or Subpoena Fees
- ☐ Reentry into the Community (Warden's Approval Required)

---

**Postage** – (To Be Completed by Inmate)

(To Be Completed by Mailroom)

$ 8.70 Postage Amount

- ☐ Postage
- ☒ Legal/Official Postage (Per K.A.R. 44-12-601)
- ☐ Certified (Only if Funds are Available)

Verified By: [signature]

**To:** Clerk of Court / Supreme Court for U.S.
**Address:** 1 First Street N.E
**City, State, Zip:** Washington DC 20543
**Reason:** Writ of Certiorari

---

**Inmate Signature:** Brian Waterman   **Date:** 5-20-24
**Unit Team Approval:** [signature]   **Date:** 5-20-24
**Handicraft Approval (If Applicable):** ____ Date ____
**Religious Approval (If Applicable):** ____ Date ____

- ☐ Applies to Outgoing Funds Limit
- ☐ Does Not Apply to Outgoing Funds Limit
- ☐ Use of Forced Savings Approval as requested above

**Exception Approval** ____ Date ____

---

This withdrawal request is being returned for the following reason(s):

- ___ Insufficient Funds
- ___ Signature Missing
- ___ Exceeds Spending Limit
- ___ Incentive Level
- ___ Envelope/Order/Stamp Missing
- ___ Unauthorized Per IMPP/KAR ____
- ___ Payee Missing
- ___ Insufficient Address
- ___ Amount Missing
- ___ Name/Number – Do Not Match
- ___ Illegible Information
- ___ Other ____

**Account Processor:** [signature]
**Date Withdrawn:** [signature]
**Acct. Use:** ____

1504a



Waterman

NOTICE! This correspondence was mailed from an institution operated by the Kansas Department of Corrections. Its contents are uncensored.