In the United States District Court for the District of Kansas

Brian Waterman
Plaintiff

vs.

Dr. Harred
Defendant

Case no. 23-cv-3182-DDC-RES

FILED
U.S. District Court
District of Kansas

SEP 30 2024

Clerk, U.S. District Court
By_____ Deputy Clerk

## Motion to be housed in Humane Condition

Comes now, plaintiff Waterman prose filing such motion to be housed in a humane condition at RDU in eldorado KS upon return from resentencing. The constitution does not mandate comfortable prisons, but neither does it permit inhumane ones... Farmer v. Brennan, 511 U.S. 825, 832 (1994) The eighth Amendment's prohibition on cruel and unusual punishment imposes a duty on prison officials to take "reasonable measures to guarantee the safety of the inmates." a duty that includes "protecting prisoner's from violence at the hands of other prisoners." Makdessi v. Fields, 789 F.3d 126, 132 (4th Cir. 2015) Since some of the Inmates who have threatened my life at EDCF work maintaince, And for administration, As well as some Black suits Hofarth who was choking me with my own T-shirt in medical are a serious threat to my well-being at Eldorado Correctional Facility. They will now have access to me, or be able to have others assualt me, This is where all the defendants are located, my safety an well-being should be a priority to the

- 1 -

Defendants. I will be told medium with the upper or lower custody. That the defendants and the courts push to have me back at ellsworth quickly. In the mean time that reasonable steps are taken to guarantee my safety while in Reception Diagnostic Unit in Eldorado Kansas by the defendants and warden. As some officials are angry with me at KDOC for filing other civil complaints, See KSA 60-1501 Waterman v. Jesse Howes case no. 24-CV-23-EW; waterman v. Tippie, case no. CR-24-CV-40. Going to the Appellate courts; waterman v. Governor Luara Kelly Mandamus case no. 24-128076. All over KDOC interfering with my direct criminal appeal to the United States supreme courts. See Brian Waterman v. Kansas, Case no. 24-5272. which Anthony powell is representing Kansas. I'm not even suppose to be in Cherokee County, As the U.S. supreme courts Supercedes the District court when a timely writ of Certiorari is Filed. I'm very cautions as to why my criminal appeal is being Highjacked to force me back to Eldorado prison system. So the courts order the defendants to ensure my safety while back in there custody at Eldorado. sent out with prepaid postage by united states Mail on 9-17-2024 to the U.S. District Courts of Kansas 500 states Ave Kansas city, KS 66101

## Certificate of Service

Clerk of Court
U.S. Dist. Courthouse
500 states Ave
Kansas City, KS 66101

Brian Waterman 126456
Cherokee County Jail
915 east Country Rd
Columbus KS 66725

-2-

Brian Waterman #126456
CKJ
915 east Country Rd
Columbus KS 66725

RECEIVED
KANSAS CITY 640
18 SEP 2024 PM 5
SEP 30 2024
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

FOREVER / USA

9/17/24
legal mail





CHEROKEE COUNTY
INMATE MAIL

Clerk of Court
U.S. Dist. Court house
500 state Ave
Kansas City, Ks 66101
( case no. 23-cv-3182-DDC-RES )