In The United States District Court For the
District of Kansas

Brian Waterman
Plaintiff

v.                                    Case no. 23-CV-3182-DDC-RES

Dr. Harred
Defendant

Motion to stop
Retaliation

comes now, plaintiff waterman pro se filing such Motion
for good cause against the defendants to stop
retaliation at EDCF. This motion is pro se an shall
be liberally construed Haines v. Kerner (1972)

1. See copy of form 9 signed by unit Team Vanpay or
responded too. Were I need indigent blank envelopes to
do discovery with EDCF defendants. I was denied by
EDCF unit Team. Paper is an Issue too. Im using the
back of a form-9 to write This motion.

2. Discovery will not be possible while Housed at EDCF, nor
the law library.

3. The defendants Scarli, Buchann, little who are unit
Teams are using their influence to harass me, and
retaliate. Vanpay stated I would get an St.G. points,
making me Max custody. I did not have a st.g. on June
13th, 2024 when I was released to court.

4. My points were at a low 5pts. Seeing that the courts
gave me 214 months back, Making me minimum custody
the defendants are retaliating over this civil suit.

5. The defendants friends or co-workers have Also stole
More than $50.00 from me. See copy of the check
for $25.76. Now See Resident Clearance form from
Ellsworth Corr. Fac. Cash Amount $74.06 signed
by Lisa weatherman.

— 1 —

INMATE REQUEST TO STAFF MEMBER

To: _____     Date: _____
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

_____
Inmate's Last Name Only

_____
Inmate Number

### KANSAS DEPARTMENT OF CORRECTIONS

## INMATE REQUEST TO STAFF MEMBER

To: _____     Date: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Work Assignment: _____     Living Unit Assignment: _____

Comment: _____     Detail or C.H. Officer: _____

Disposition: _____

_____

_____

_____

To: _____     Date: _____
(Name & Number)
Disposition:

_____

_____

_____

_____

_____
Employee's Signature

**To be returned to inmate**

I dont know how you confused $25.76 with $74.06 ?

6. Im also being refused clean cloths that At. Only being provided one cup when we get two for Juice an coffee, no sugar or salt packets. Things KDOC inmate normally receive.

7. My medical is being messed with. They took my dandruff shampoo, but other RDU inmates receive theirs.

8. Clearly money being stolen, custody being Jacked up higher. No envelopes or paper, nor law library. This is clearly an issue of retaliation at EDCF where all the defendants are located.

9. I ask that discovery be suspended or Counsel now be provided as I will be here at least 8 weeks or longer. I cant E-file these attorneys.

10. Also a count of Retaliation might need to be added over stealing inmate funds and custody level points. I Just went for Re-sentencing. I was still a convicted person not a pretrial detainee. Nothing should've changed in My file. So adding a "S.t.G" that wasnt there with the combination of the above issues shows retaliation by the defendants. This Motion is filed on Sept, 30th, 2024 by E-file with 3 exhibits from RDU.

Certificate of Service

Clerk of Court
U.S. Dist. Courthouse
500 States Ave
Kansas City, KS 66101

Brian Waterman #264456
RDU/G4-424
P.O. Box 311
Eldorado KS 67042

INMATE REQUEST TO STAFF MEMBER

To: _____          Date: _____
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

_____
Inmate's Last Name Only

_____
Inmate Number

### KANSAS DEPARTMENT OF CORRECTIONS

### INMATE REQUEST TO STAFF MEMBER

To: _____          Date: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

Work Assignment: _____          Living Unit Assignment: _____

Comment: _____          Detail or C.H. Officer: _____

Disposition: _____
_____
_____

To: _____          Date: _____
(Name & Number)
Disposition: _____
_____
_____
_____

_____
Employee's Signature                              **To be returned to inmate**