In The United States District Court for the
District of Kansas

Brian Waterman
Plaintiff

vs.                                    Case no 23-cv-3182-DDC-RES

Dr. Harred
Defendant

Motion to object for Indigent
subpoeana's

    comes now, plaintiff Waterman prose filing a Motion to
object to Magistrate Judge Schwartz order denying indigent
subpoenas. This Motion is prose and shall liberally construed.
Haines v. Kerner (1972)

1. The defendants have claimed medical negligence as there
   defense. In order to show a gross reckless disregard
   for serious medical needs. certain evidence is
   required. The body camera's from Cherokee County Jail
   at two seperate visits to the orthopedic show, and
   physical therapist Erin Knox, show experts in the
   medical field critizing KDOC medical personal in their
   course of care.

2. Also showing my right shoulder is not healed, but needs
   medical care. which I am not getting from KDOC.

3. To deny such exculpatory evidence to be attained would
   be prejudice to the plaintiff. As the defendants have
   made no objections to such evidence. This evidence
   is critical to my defense for sure. This evidence
   would greatly aid the courts in deciding mere negligence
   or a strong disregard for the plaintiffs most serious
   medical needs. Basically the deliberate indifference standard.

-1-

4. I request the District courts send two indigent subpoeana's to be served by the U.S. Marshalls on Cherokee County Jail.

5. As There is no harassment, nor would it burden the third party to comply with the subpoena's.

6. This Motion is timily objected too. This motion is placed in the RDU unit Team's box on Oct. 15th, 2024 at Eldorado ks

Certificate of Service

Clerk of Court
U.S. Dist. Courthouse
500 States Ave
Kansas City, KS 66101

Brian Waterman #126456
RDU/42-215/ EDCF
P.O. Box 311
Eldorado ks 67042

-2-