# KANSAS DEPARTMENT OF CORRECTIONS

| | El Dorado Correctional Facility GENERAL ORDERS | SECTION NUMBER 05-102 | PAGE NUMBER 1 of 4 |
|---|---|---|---|
| | | RESIDENT PROGRAMS AND SERVICES: Legal Reference Library and Legal Assistance | |

| Approved By: J. L. Williams Warden | Original Date Issued: | 10/10/2022 |
|---|---|---|
| | Current Amendment Effective: | 11/29/2023 |
| | Replaces Amendment Issued: | 10/10/2022 |

## POLICY

Legal reference materials shall be maintained in the facility library to allow residents the opportunity to review and prepare documents for presentation to the courts.

## DEFINITIONS

None.

## PROCEDURES

I. **Legal Reference Library**

    A.    Legal reference materials in accordance with IMPP 10-107D shall be made available through the resident library. Legal materials shall be located in a separate room, apart from the main library selection material.

    B.    The librarian shall be assigned to oversee the management of the legal reference library.

        1.    The librarian shall consult with the facility legal counsel and the assigned department head when submitting requests for the acquisition of legal materials for placement in the legal reference library.

        2.    The librarian may select and train residents to assist in the operation of the legal reference library.

    C.    Legal reference library operating procedures.

        1.    A schedule shall be posted in the living units and the library specifying the approximate times available for general population residents to request access to the legal reference library.

            a.    Access to the legal reference library shall be available as space permits during normal library hours or by appointment as scheduled by the librarian.

            b.    Residents may submit Form 9 requests to the librarian to use the legal reference library.

            c.    The librarian shall schedule appointments in the order received with workers having priority and issue passes.

            d.    No more than seven (7) passes shall be scheduled at any given time and only one pass per day, per resident shall be permitted.

2.     Residents shall check in with the librarian prior to accessing the legal reference library.

    a.    Legal reference materials shall be checked out for use in the legal reference library reading room only and returned prior to the resident leaving the library.

    b.    Legal reference materials shall not be removed from the library without written authorization from the librarian.

    c.    Due to space constraints, no more than seven (7) residents shall utilize the legal reference library room.

    d.    The time allowed a resident in the legal reference library room may be limited based on the demand by other residents who request to use the material.

3.     Residents shall notify the librarian prior to departing the library.  The librarian may request to inspect any materials in the possession of the departing resident to ensure that legal reference materials are not removed from area without permission.

4.     Residents on restriction status shall only have access to the legal reference library by form 9 request.

5.     Restrictive housing, RDU and infirmary bound residents may request legal reference materials by submitting a Form 9 to the librarian or by submitting specific legal material requests to their unit team for clarification when presented to the librarian.

    a.    Legal materials shall be limited to those items necessary for a resident to research the law related to, or pertinent to their current cases(s) of incarceration.

    b.    The librarian may assign legal clerks to attempt to find requested material.

    c.    The librarian shall approve the copying and issuing of any legal reference materials for residents housed in restrictive housing, RDU or the  infirmary. Approved material shall be sent to the housing unit for resident issue.

    d.    Copied legal reference material shall be returned to the library in a timely fashion to ensure its availability for other residents. Loaned Legal reference books shall be returned within forty-eight (48) hours of issue.

    e.    Loaned legal reference material shall be returned to the library upon a resident's transfer or release from the facility.

    f.    In addition to restrictive housing, RDU and infirmary bound residents may request to check out a tablet with access to legal research materials. Any printouts or copies may be requested via Form 9 to the librarian. Any copies are at the resident's cost and subject to Section II.

6.     Legal reference materials that are lost, damaged, or altered may result in disciplinary action being taken against the responsible party in accordance with K.A.R. 44-12-208.

7.     A word processor shall be made available for general population resident use in the library on a pre- scheduled basis.

8.     Requests for legal materials such as envelopes, paper, pencils, and Notary Public services shall be directed to the resident's unit team.

II.    **Photocopy Services and Authorization**

A.    Copies of legal or personal documents may be made in accordance with EDCF General Order 12-102.

   1.    Copy cards may be purchased through the resident canteen.

   2.    An Account Withdrawal Request may be submitted to Unit Team when the desired number of copies exceeds the canteen spending limit.

B.    Insolvent residents shall submit an Account Withdrawal Request to their unit team for approval prior to any copies being made.

C.    Legal or official documents authorized for copy services shall include any document previously filed in a court or already a public record. Legal documents in public record shall include:

   1.    Journal entries and court orders;

   2.    Nunc Pro Tunc orders;

   3.    Complaints, petitions, and other pleadings;

   4.    Motions, responses and replies;

   5.    Clemency orders;

   6.    Parole board actions;

   7.    Summons;

   8.    A resident's legal or official documents as listed in definitions;

   9.    Transcripts; and

   10.    Excerpts from legal reference books within copyright guidelines.

III.    **Other Access and Services**

A.    EDCF employees may utilize the legal reference library with permission of the librarian and if approved, check out material as needed.  Loaned material shall be returned in a timely fashion.

B.    The facility shall provide assistance to residents not familiar with the legal reference library, illiterate residents, and non-English speaking residents by providing resident interpreters (as approved by unit team staff), the librarian, or resident library clerks.

   1.    Reading to an illiterate or non-English speaking resident the needed legal materials or by showing the resident how to use the library or helping them find materials shall not include or constitute legal advice.

   2.    In the event an interpreter cannot be located within the facility, the librarian may attempt to locate a person from the local community to assist with approval from their supervising department head.

   3.    When possible, efforts shall be made to coordinate with the EDCF Education Department to assist residents with language or learning problems.

**Note:** The general orders set forth herein are intended to establish directives and guidelines for staff, residents

and those entities who are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, or residents or an independent duty owed by the Department of Corrections to either employees, residents or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such reference within this document neither imply accredited status by the facility or organizational unit, nor indicate compliance with the stands so cited. The policy and procedures contained within this General Order are intended to be compliant with all applicable statues and/or regulatory requirements of the Federal Government and the State of Kansas. This General Order is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS

None.

## REFERENCES

KAR        44-12-208
IMPP       10-107D
GO         12-102

## ATTACHMENTS

None.