IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRIAN MICHAEL WATERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 5:23-cv-03182-JWL |
| ) | |
| GORDON HARROD, M.D., SARAH ) | |
| MADGWICK, KELLY KNIPP, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**RESPONSE TO MOTION TO STOP RETALIATION**

COME NOW Defendants Gordon Harrod, Sarah Madgwick, and Kelly Knipp ("Defendants"), by and through undersigned counsel, and for their response to Plaintiff's Motion to Stop Retaliation (Doc. 70). The Defendants join the KDOC Defendants in requesting the Court deny Plaintiff's Motion, decline to stay discovery, and decline to consider any new claims that are not a part of this litigation.

To the extent Plaintiff is seeking to raise additional claims, Plaintiff is barred from adding additional claims arising out of the alleged actions of any defendants after the suit has been filed. *See Brown v. Gray*, No. 06-3003-JTM, 2011 U.S. Dist. LEXIS 29392, at *9 (D. Kan. Mar. 22, 2011) ("The PLRA also prohibits a plaintiff from adding factual claims against a defendant that arose after the suit was filed.") (citing See 42 U.S.C. § 1997e(a)).

In addition, motions for stay of discovery are generally disfavored in the District of Kansas. Absent some compelling reason, the court will not stay discovery. *See Steil v. Humana Health Care Plans, Inc.*, CIVIL ACTION No: 99-2541-KHV, 2000 U.S. Dist.

26883803.v1

LEXIS 7878, at *1-2 (D. Kan. May 31, 2000). Given that plaintiff has failed to demonstrate good cause or a compelling reason to stay discovery, the Court should deny his request.

      SANDBERG PHOENIX & von GONTARD P.C.

      By: */s/ Marcus A. Meyer*
      Katrina L. Smeltzer, #26623
      Marcus A. Meyer, #79198
      4600 Madison Avenue, Suite 1000
      Kansas City, MO 64112
      816.627.5332
      816.627.5532 (Fax)
      ksmeltzer@sandbergphoneix.com
      mmeyer@sandbergphoneix.com
      *Attorney for Defendant Gordon Harrod, MD, Sarah Madgwick and Kelly Knipp*

26883803.v1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of October 2024, the foregoing was filed electronically with the Clerk of the Court to be served by Operation of the Court's electronic filing system upon the following:

Whitney L. Casement
Stevens & Brand, L.L.P.
wcasement@stevensbrand.com
*Attorneys for KDOC Defendants*

I hereby certify that on this 17th day of October 2024 the foregoing was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

Brian Waterman, 126456
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042
*Pro Se Plaintiff*

                     */s/ Marcus A. Meyer*

26883803.v1