In the United States District Court for the District of Kansas

Brian Waterman
Plaintiff

v.                                    Case No. 23-cv-3182-DDC-RES

Dr. Harred
Defendants

Motion to dismiss retaliation

Comes now, plaintiff Waterman prose filing to dismiss retaliation claim except for stealing $74.06 in funds upon release.

1. If I had not filed this motion Warden Williams and Topeka were going to place me in Maximum custody with an "5's". So I'm still waiting on Williams an Topeka to sign my Minimum custody, As I am only to be reclassified.

2. Unit Team Bucholz's has contacted CIB David Ferris twice over the $74.06. The documentation shows CIB stole it. Now there refusing to give it back in retaliation for having to hire private attorneys. Keeping me indigent which is a burden upon its self. All I want is my funds, had it not been for this pending civil suit or unless David Ferris embezzles all inmates release funds. Any lay person could interput this as retaliation. As there is absolutely no reason not to place my money on my account at this point.

Certificate of Service

Clerk of Court
U.S. Dist. Courts
500 States Ave
Kansas City, KS 66101

Brian Waterman 126456
RDU/EDCF/G2-215
P.O. Box 311
Eldorado KS 67042