In The United States District Court For the District of Kansas

Brian Waterman
Plaintiff
vs.
Dr. Harred
Defendant

Case no. 23-cv-3182-DDC-RES

## Permission to Amend Complaint

Comes now plaintiff waterman pro se requesting permission to Amend complaint for the following reasons below:

1. I now will require surgery on my right arm due to the medical delay of prescribing physical therapy. If I dont get surgery i will get lock Joint. Arthritis will start building up between the Joints in My right shoulder.

2. to add a count of retaliation against EDCF RDU manager Jarred Watson and RDU Administrator Carson and HCF Classification, warden Dan schuunr.
RDU manager Watson and Carson were never to have me pulled to RDU on a Resentencing court date. As no new charges were plead out too. I went from "C" grid box to "F" grid box. These two are responsible for reading the Journal enteries. RDU is basically super Max. I was to go back to Ellsworth.

3. Instead at Minimum custody Watson and Carson sent me to HCF high medium Knowing in my File which they have to read it states I was in protective Custody there. They did not have me sign any waiver. Off the bus on Nov. 4th, 2024 I was taken to segregation. I was denied a Mattress For 48 hours having to lay on a Metal bunk with my injuried shoulder. Doctor Wade at RDU had taken me off all pain medication before I left RDU. Unit Team Fox refuses me my legal work, papers, envelopes ect, ect...

— 1 —

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1028492125 [Date=11/8/2024] [FileNumber=6221078-0
] [9844663f6356a4d2f0a66cea3ccc111237cc9099bd98d4ec9cd243af82fe27106f8
1638c588e05a517e48225942584cc765a541ec0aea063176b17fcffb89cc0]]

I'm running on law enforcement things as this all Seq will allow me.

4. Since being shipped to a high Medium when classified as minimum with Team Fox and Classification in Retaliation have taken my minimum stating I am on a new case or went to trial or non commit, which in my file it states I was resentenced. Even Topeka Central office approved my minimum.

5. Knowing I can't walk a high Medium yard this was deliberately done to punish me for filing on 3 unit Teams in this civil suit. which placed me in imminant danger knowing I will be stabbed if I didn't request protective custody. EDCF unit Manager conspired with Warden Don Schnurr to have me sent back to HCF in order to take my minimum custody and keep me in segregation, when I can't buy food, get visits, work or go to the law library to work on this civil.
(a case

6. These defendants are continually harassing me, Mistreating me, and Retaliating against me. The PLRA does not prohibit a Plaintiff from Amending, if these plaintiff can Amend all this went past Summary Judgment.

7. I request a Amended complaint mailed to me to add Monitary for new medical surgery, Also punitive ever. In Retaliation.

Certificate of service

Clerk of court
500 States Ave
Kansas City, KS 66101

Brian Watchman
HCF/43-12b
P.O. Box 1568
Hutchison, KS 652.

12643