Waterman v. Dr. Harred   Case no. 23-CV-3182-DDC-RES

## Settlement Offer

1. All electronics such as:
   - A: TV 15"
   - B: Radio glass house
   - C: Hot pot
   - E: Mp5 player
   - D: remote
   - E: lamp
   - F: walkman
   - G: Beard trimmers
   - H: video game counsel
   - I: watch
   - J: 20" Koss head phones
   - K: extension cord, surg protector
   - L: rechargable batteries both sizes.
   - M: fan 8" (2)
   - N: TV cable
   
   Any other electronics Availiable too.

2. Ice chest (2)
3. two sets of all clothing Availiable sweats, thermals, shorts, T-shirts.
4. size 9 shoes, size 9 boots of choice, 9 size under Armour slides
5. one year of $90.00 canteen purchases X 4 + union bay
6. one year of fresh favorite of level 3.
7. Tablet unlocked for promotional and standard until I leave.
8. stop the retaliation please. I said I was done filing grievances and legal work. Shudded 3,000 pieces of paper.
9. This is all Free and cost KDOC nothing.
10. I figure surgery is worth at least $20,000.00 or more. Plus attorney fee's.
11. immediately Moved from HCF to ECF.
12. none of this can be taken by any Corr. facility.

Brian Waterman
HCF A3-126   126456