In The District Court Unit States for the District of Kansas

Brian Waterman
Plaintiff

v.

Dr. Harrod
Defendant

Case No. 23-cv-3182-DDC-RES

## Permission to Amend Complaint

Comes now plaintiff Waterman requesting permission to Amend complaint due to on going constitutional violations toward plaintiff, new injuries to shoulder by KDOC officials, to seek new relief as conditions have changed.

### Relief sought

A __Blank__ 2nd Amended Complaint court form mailed To plaintiff so plaintiff can Amend on going constitutional violations pertaining to this same case. Thank you. 11-20-24

### Certificate of service

Clerk of court
U.S. Dist Courts
500 States Ave
Kansas City, KS 66101

Brian Waterman 126456
HCF/12-137
P.O. Box 1568
Hutchinson KS 67504

—1—