In The United States District Court For the District of Kansas

Brian Waterman
Plaintiff
v.
Dr. Harrod
Defendant

Case no. 23-cv-3182-DDC-RES

## 2nd Motion for immediate Transfer

comes now, plaintiff waterman pro se filing for an immediate Transfer out of HCF, due to continuous mistreatment and medical injuries caused by Doctor stopp and Unit Manager Parker. The federal courts have Jurisdiction to intervene. This Motion is prose and shall be Liberally Construed. Hall v. Bellmon, 935 F.2d 1106, (10th Cir. 1991)

### Statement of facts

On 11-4-2024 I was transferred to HCF as minimum to a high medium. RDu Manager watson and HCF Classification ignored the facts in My file that I can not walk the yard here. Was Moved due to protected Custody issues in 2023. Classification Roach placing my safety in Jeopardy accepted me as minimum then took my minimum custody to keep me at HCF.

I was placed in A3 segregation with no Mattress for over 42 hours. forcing me to lay on a metal bunk with a injuried right shoulder. All pain medication had been taken from me prior to this. next after medical nurse Faye had told several guards to place me in extra length cuffs there was a order, they refused. forcing me to squeeze my torn shoulder behind my back.

Next I was placed in housing that did not comport to my medical needs. A3 cuff hole is about Five feet high. Forcing me to raise my shoulders a foot high and squeeze them together. Which caused me another injury to my right shoulder. An Emergency grievance was filed to the warden but intercepted by Unit Team Fox to cover up for their medical abuse.

−1−

I was brung down stairs to A2-137. Where I was given half a mattress that is tore open. I was seen by medical over my new injury was given a shot, due to I could not raise my right arm, when I do it shoots pain all the way down my back and the top of my shoulder.

Doctor stopp and HSA Jane doe read my medical file and ignored the risk a five foot cuff presents to my damaged shoulder. The defendants and their co-workers are under the presumption that my right shoulder is already Damaged they can't be liable to further unnecessary pain and infliction, or damage.

This is the second time that KDOC officials have reinjured my torn right shoulder due to a reckless disregard for an on going medical injury. Just recently there was an inmate who died due to not being housed medically correct in A3. His family has civil attorneys already. Medical and HCF officials still after that tragic event, disregaurd excessive risk's to inmates health and safety.

As I am only pending transfer at HCF for non-disciplinary reasons, have been medically injuried forced to endure suffable conditions that cause pain for no penological goal or Justification. Seeing that an immediate transfer would allow unrestricted Medical access, allow me to view requested discovery, Much healthier conditions for shoulder surgery, the courts should pursue this Avenue. The court can not condon continued medical abuse and Mistreatment to the plaintiff.

## relief sought

immediate Transfer to ECF or LSCF where medical can be done under constitutional conditions. Where no transfer would be needed, As they both have minimum yards.

## certificate of service

clerk of court
u.s. courthouse
500 states Ave
Kansas City, Ks 66101

Brian waterman 126456
HCF/A2-137
P.O. Box 1568
Hutchinson, Ks 67504

- 2 -