UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRIAN WATERMAN,
        Plaintiff,

v.

GORDON HARROD, et. al.,
        Defendants.

Civil Case No. 23-03182-DDC-RES

### RESPONSE TO MOTION FOR INDIGENT SUBPOENA

Defendants Gordon Harrod, M.D., Sarah Madgwick, and Kelly Knipp (collectively referred to as "Medical Defendants"), and KDOC Defendants Jennell Buchanan, Nicole Scolari, and Zachary Little ("KDOC Defendants") (Medical Defendants and KDOC Defendants hereinafter together referred to as "Defendants"), by and through undersigned counsel, file this Joint Response to Plaintiff's Motion for Indigent Subpoena (Doc. 95). Defendants ask that the Court deny Plaintiff's Motion.

Plaintiff attached two proposed subpoenas to his Motion for Indigent Subpoena. The first is directed to Dawn Ackley at the Cherokee County Jail in Columbus, Kansas, and requests medical records from June 13 to September 26, 2024. (Doc. 95-1). The second is directed to Michelle Tippie at Cherokee County Jail and requests body camera videos of doctor appointments from June 13 to September 26, 2024. (Id.)

Plaintiff was not in KDOC custody from June 13 to September 25, 2024, as he was in Cherokee County Jail awaiting resentencing. (Doc. 45, Motion to Stay Case) (noting he would be transferred to Columbus, Kansas after his case was reversed, vacated, and remanded by the Kansas Supreme Court); (Doc. 54, Notice of Change of Address); (KASPER report) (accessed 12/5/24).

1

"The court has "an inherent power to manage and control discovery" and may screen a pro se party's request for a subpoena to determine if the materials sought are within the scope of discovery." *Simmons v. Cline*, No. 20-3096-HLT-ADM, 2021 U.S. Dist. LEXIS 51717, at *1 (D. Kan. Mar. 18, 2021). Subpoenas are subject to the same limitations for scope and proportionality as any discovery request. *Id*. at *2.

Plaintiff's complaint in this case asserts claims involving medical care and retaliation that allegedly occurred while he was in the custody of KDOC, specifically residing at El Dorado Correctional Facility and Lansing Correctional Facility. (Doc. 17, Amended Compl. at 2-3). The documents and videos requested by the subpoenas have no connection to his medical care while in the custody of KDOC, because he is requesting records of treatment that occurred when he was in the custody of Cherokee County Jail. Plaintiff claims he would be able to use these records to show that it "did not take one year to set up a [sic] orthopedic visit." Plaintiff does not explain why this is important to his case or would have any impact on Defendants' treatment of him. In addition, he claims the records would show his current medical condition. However, it is unclear why he specifically needs records, during a time period that he was not in KDOC custody, to show his current condition. He also alleges that he has requested medical records from Defendants. However, the undersigned counsel is not aware of such a request to date.

Because the records requested by the subpoenas are outside the scope of discovery and not proportional to the needs of this case, Plaintiff's Motion for Indigent Subpoena should be denied.

    Respectfully submitted,
    **STEVENS & BRAND, L.L.P.**

    */s/ Whitney L. Casement*
    Whitney L. Casement #25466
    4848 SW 21st Street, Suite 201

3

Topeka, KS 66604
Tel: 785-408-8000
Fax: 785-408-8003
WCasement@StevensBrand.com
*Counsel for KDOC Defendants*

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Marcus A. Meyer*
Katrina L. Smeltzer, #26623
Marcus A. Meyer, #79198
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
816.627.5332
816.627.5532 (Fax)
ksmeltzer@sandbergphoneix.com
mmeyer@sandbergphoneix.com
*Attorney for Defendant Gordon Harrod, MD, Sarah Madgwick and Kelly Knipp*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court via the CM/ECF electronic filing system, and a copy sent by U.S. Mail, postage prepaid, to:

Brian Waterman #126456
Hutchinson Correctional Facility
PO Box 1568
Hutchinson, KS 67504

                                                    */s/ Whitney L. Casement*
                                                    Whitney L. Casement