In the United States District Court for the District of Kansas

Brian Waterman,
Plaintiff

vs.                                Case No. 23-CV-3182-DDC-RES

Dr. Harrod,
Defendant

## Judicial Notice

Comes now, plaintiff Waterman pro se filing to the magistrate judge to take notice over HCF employees Koob and mailroom A. Stone holding all legal mail for over a week before given to me. The subpoenas to E-file back were not given to me until 12-31-24. Along with a stack of mail, that was here on 12-22-24.

Also, A2-unit Team Koob is not having my motions E-filed within three days. The motion for a transfer was given to them in November. I've also sent a motion to have Inmate Nick Sheldon to testify at trial, as he was present when Scolari threatened me with an MRA cell, numerous nurses stating they told her my shoulder was torn. That motion has not been E-filed. Most likely HCF Attorney Jon Graves is censoring my legal mail and motions for the defendants. A major benifit of me being placed in segregation.

-1-

The delay in me receiving my mail can an does delay a response. The courts filed the Indigent Subpoena's on 12-17-24. The Mailroom employee held on to it until 12-31-24. So any injury to me on Discovery will be added to A. Stone and Koob. This Motion is for the courts to take notice of deliberate delayed mail an Motions being E-filed E-filed on 1-2-'25 from A2 cell house.

Certificate of Service

Clerk of Court
U.S. Dist. Court
500 States Ave
Kansas City, KS 66101

Brian Waterman 126456
HCF/A2-137
P.O. Box 1568
Hutchinson KS 67504

-2-