In The United states District Court for the District of Kansas

Brian Waterman,
Plaintiff

vs.

Dr. Harrod
Defendant

Case no. 7.3-cv-3182-DDC-RES

## Response to Interrogatories

Comes now, plaintiff waterman pro se Filing a response to defendants answers an objections to interrogatories. This Motion is pro se.

The general aim of discovery rule is to Further the rational and balanced search for truth, and to secure the Just speedy, and inexpensive determination of every action. The purpose of the federal rules was to reform the "sporting" theory of trial and allow well-balanced factual Information.

General blanket objections are not acceptable. it is not sufficient merely to assert that one objects that interrogatories are broad, burdensome, oppressive, vague, irrelevant, argumentative, calls for narrative response. Evans v. Local Union 2127, International Bh'd of Elec. Workers, 313 F.Supp. 1354, 1362 ( N.D. Ga. 1969); Continental Ill. Nat. Bank & Trust Co. v. Caton, 136 F.R.D. 622, 682, 689 ( D. Kan. 1991); Butler v. Donovan, 103 F.R.D. 456 ( D.D.C. 1984).

Like Discovery requested the defendants kept being using blanket objections like they are now. To stop any truth or factual Information being used to produce

-1-

Evidence of a reckless disreguard, Intentional delay of Medical care, And Doctor Gordon is a medical expert. Which would make him able to answer all ten interrogateries. There's no differnce in answering questions undur diposition.

The defendant shall be made to adequately answer all questions, and not use blanket objections. As all ten answers are blanket objections. Given to unit Team on 1-3-25 to efile at HCF.

## Certificate of Service

Clerk of Court
U.S. Dist. Courts
500 state Ave
Kansas City, Ks 66101

Brian Waterman 126456
HCF/A2-137
P.O. Box 1568
Hutchinson Ks 67504

-2-