UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRIAN MICHAEL WATERMAN,         )<br>        Plaintiff,         )<br>        )<br>v.         )<br>        )<br>GORDON HARRED, et al.,         )<br>        Defendants.         )<br>        ) | Civil Case No. 23-3182-DDC-RES |

**JOINT MOTION FOR EXTENSION OF CASE DEADLINES**

Defendants Jennell Buchanan, Nicole Scolari, and Zachary Little ("KDOC Defendants"), and Defendants Gordon Harrod, M.D., Kelly Knipp, and Sarah Madgwick ("Centurion Defendants"), by and through undersigned counsel, file this Joint Motion for Extension of Case Deadlines pursuant to D. Kan. Rule 6.1. Undersigned counsel for the KDOC Defendants spoke with Mr. Waterman and he joins in the motion. The parties request that the following deadlines be extended:

1. <u>Optional Pretrial Order Deadline</u>: The pretrial order deadline is January 17, 2025, The parties request that the Court extend this deadline thirty days to February 14, 2025. Local Rule 6.1(a) requires motions for extension of time to be filed three days in advance of the expiring deadline. Counsel was able to confer with Mr. Waterman regarding these proposed extensions, but coordinating and scheduling the call with Mr. Waterman delayed filing this motion. Counsel is filing this request to extend the optional pretrial deadline only two days before the current deadline. This deadline has not been previously extended. The parties request this extension so that they have additional time to confer and hopefully present a joint pretrial order.

2. <u>Dispositive Motion Deadline</u>: The dispositive motion deadline is January 24, 2025. The parties request that the deadline be extended thirty days to February 21, 2025. Counsel

conferred with Plaintiff on January 15, 2025, and he joins in this motion to extend the dispositive motion deadline by thirty days. This is the first requested extension of the dispositive motion deadline. The parties request that this deadline be extended thirty days so that they can complete outstanding discovery responses, and due to the press of other business.

3. <u>Discovery Deadlines</u>: The KDOC Defendants also request a seven-day extension of time to respond to Plaintiff's Second and Third Discovery Requests. Plaintiff agreed to this extension. This is the second extension of the response deadline for these discovery requests. The Court previously extended this deadline in Doc. 108. Due to the press of other business, including preparing for a trial beginning February 3, counsel for the KDOC Defendants respectfully request this seven-day extension.

WHEREFORE, the parties respectfully ask the Court to extend the above listed case deadlines.

Respectfully submitted,

STEVENS & BRAND, L.L.P.

<u>/s/ Katherine E. Simpson</u>
Katherine E. Simpson #26453
Whitney L. Casement #25466
900 Massachusetts St – Ste 500
P.O. Box 189
Lawrence, KS 66044
Tel: 785-843-0811
Fax: 785-843-0341
ksimpson@stevensbrand.com
wcasement@stevensbrand.com
*Attorneys for KDOC Defendants*

SANDBERG PHOENIX & von GONTARD P.C.

*/s/ Katrina L. Smeltzer*
Katrina L. Smeltzer #26623
600 Washington Avenue – 15th Floor
St. Louis, MO 63101-1313
Tel: 816-627-5332
Fax: 816-627-5532
ksmeltzer@sandbergphoenix.com
*Attorneys for Centurion Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court via the CM/ECF electronic filing system, and a copy sent by U.S. Mail, first-class postage prepaid, to:

Brian Michael Waterman #126456
Hutchinson Correctional Facility
PO Box 1568
Hutchinson KS 674504

*/s/ Katherine E. Simpson*
Katherine E. Simpson