In The United States District Court for the District of Kansas

Brian Waterman
Plaintiff

vs.

Dr. Harrod
Defendant

Case no. 23-CV-3182-DPC-RES

Motion for Conventional
video

Comes now, plaintiff waterman pro se filing for the defendants to submit my electronic data, stored disc of medical records to the courts to have on file for exhibits and references in depositive motions. Obviously due to my incarceration I can not, plus the protective order granted.
Plus I am still wanting to view my medical records that Hutchinson attorney Jon Graves is still holding from me. I am only five days from the deadline of March 7th, 2025

relief Sought

The Courts order the defendants, Docter Harrod to file with the Courts all medical records stored on data electronically. submitted on March 3rd, 2025.

Certificate of Service

Clerk of Court
U.S. District Courts
500 State Ave
Kansas City, KS 66101

Brian Waterman 126452
HCF/A2-137
P.O. Box 1568
Hutchinson KS 67504

—1—