**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

BRIAN WATERMAN,
                    Plaintiff,

v.                                                                    Civil Case No. 23-03182-DDC-RES

GORDON HARROD, et. al.,
                    Defendants.

## KDOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Jennell Buchanan, Nicole Scolari, and Zachary Little ("KDOC Defendants"), by and through undersigned counsel, file this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.

Plaintiff did not exhaust available administrative remedies as required by The Prison Litigation Reform Act ("PLRA") because he failed to appropriately appeal his grievances to the warden or to the Secretary of Corrections. The KDOC Defendants are entitled to qualified and eleventh amendment immunities for the claims seeking money damages. Plaintiff's claims for injunctive relief are moot because he resides at a different facility than the named defendants and he has otherwise received the medical restrictions he seeks in this case.

Plaintiff's deliberate indifference claim fails because the evidence clearly shows that the KDOC Defendants were not deliberately indifferent to Mr. Waterman's serious medical needs—to the contrary, the evidence shows that Plaintiff's Unit Team actively tried to understand and meet his needs.

**WHEREFORE** the KDOC Defendants respectfully request that the Court enter judgment in their favor and against Plaintiff as a matter of law and for such other relief as the Court deems fair and equitable.

1

Respectfully submitted,
**STEVENS & BRAND, L.L.P.**

*/s/ Katherine E. Simpson*
Whitney L. Casement #25466
Katherine E. Simpson #26453
4848 SW 21st Street, Suite 201
Topeka, KS 66604
Tel: 785-408-8000
Fax: 785-408-8003
WCasement@StevensBrand.com
KSimpson@StevensBrand.com
*Counsel for KDOC Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court via the CM/ECF electronic filing system, and a copy sent by U.S. Mail, postage prepaid, to:

Brian Waterman #126456
Hutchinson Correctional Facility
PO Box 1568
Hutchinson, KS 67504

*/s/ Katherine E. Simpson*
Katherine E. Simpson