**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BRIAN WATERMAN,
                    Plaintiff,

v.                                                                Civil Case No. 23-03182-DDC-RES

GORDON HARROD, et. al.,
                    Defendants.

**NOTICE TO PRO SE LITIGANT WHO OPPOSES A MOTION FOR SUMMARY**
**JUDGMENT**

The defendant in this case has moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. This means that the defendant has asked the court to decide this case without a trial, based on written materials, including affidavits, submitted in support of the motion. The claims you assert in your complaint may be dismissed without a trial if you do not respond to this motion on time by filing sworn affidavits and/or other documents as required by Rule 56(c) 40 of the Federal Rules of Civil Procedure and by D. Kan. Rule 56.1. The full text of these two rules is attached to this notice.

In short, Fed. R. Civ. P. 56 provides that you may not oppose summary judgment simply by relying upon the allegations in your complaint. Rather, you must submit evidence, such as witness statements or documents, countering the facts asserted by the defendant and raising specific facts that support your claim. If you have proof of your claim, now is the time to submit it. Any witness statements must be in the form of affidavits. An affidavit is a sworn statement of fact based on personal knowledge stating facts that would be admissible in evidence at trial. You may submit your own affidavit and/or the affidavits of others. You may submit affidavits that were prepared specifically in response to defendant's motion for summary judgment.

1

If you do not respond to the motion for summary judgment on time with affidavits and/or documents contradicting the material facts asserted by the defendant, the court may accept defendant's facts as true, in which event your case may be dismissed and judgment entered in defendant's favor without a trial.

Respectfully submitted,
**STEVENS & BRAND, L.L.P.**

*/s/ Katherine E. Simpson*
Whitney L. Casement #25466
Katherine E. Simpson #26453
4848 SW 21st Street, Suite 201
Topeka, KS 66604
Tel: 785-408-8000
Fax: 785-408-8003
WCasement@StevensBrand.com
KSimpson@StevensBrand.com
*Counsel for KDOC Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of March 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court via the CM/ECF electronic filing system, and a copy sent by U.S. Mail, postage prepaid, to:

Brian Waterman #126456
Hutchinson Correctional Facility
PO Box 1568
Hutchinson, KS 67504

*/s/ Katherine E. Simpson*
Katherine E. Simpson

2