IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRIAN MICHAEL WATERMAN,       )
                              )
          Plaintiff,          )
                              )
v.                            )        Case No. 5:23-cv-03182-JWL
                              )
GORDON HARROD, M.D., SARAH    )
MADGWICK, KELLY KNIPP, et al.,)
                              )
          Defendants.         )

## **MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Gordon Harrod, M.D., Sarah Madgwick, and Kelly Knipp, by and through undersigned counsel, and hereby move for summary judgment. Defendants are entitled to summary judgment as a matter of law because Defendants have shown that there is no genuine dispute as to any material fact and the Defendants are entitled to judgement as a matter of law pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of their Motion, Defendants incorporate by reference their Brief in Support of Motion for Summary Judgment along with the exhibits attached thereto.

WHEREFORE Defendants Gordon Harrod, M.D., Sarah Madgwick, and Kelly Knipp respectfully request that this Court grant their Motion for Summary Judgment, enter judgment in their favor and against Plaintiff, and for such other and further relief as this Court deems just and proper.

SANDBERG PHOENIX & von GONTARD
P.C.

By: */s/ Marcus A. Meyer*
Katrina L. Smeltzer, #26623
Marcus A. Meyer, #79198
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
816.627.5332
816.627.5532 (Fax)
ksmeltzer@sandbergphoneix.com
mmeyer@sandbergphoneix.com
*Attorneys for Defendant Gordon Harrod, MD,*
*Sarah Madgwick and Kelly Knipp*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2025, the foregoing was filed electronically with the Clerk of the Court to be served by Operation of the Court's electronic filing system upon the following:

Whitney L. Casement
Stevens & Brand, L.L.P.
wcasement@stevensbrand.com
*Attorneys for KDOC Defendants*

I hereby certify that on this 7th day of March 2025 the foregoing was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

Brian Waterman, 126456
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, Kansas 67504
*Pro Se Plaintiff*

/s/ Marcus A. Meyer