IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRIAN MICHAEL WATERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 5:23-cv-03182-JWL |
| ) | |
| GORDON HARROD, M.D., SARAH ) | |
| MADGWICK, KELLY KNIPP, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO DEEM ALL MATTERS IN DEFENDANTS STATEMENT OF MATERIAL FACTS AS ADMITTED AND MOTION FOR JUDGEMENT IN DEFENDANTS FAVOR

COME NOW Defendants Gordon Harrod, M.D., Sarah Madgwick, and Kelly Knipp, by and through undersigned counsel, and for their Motion to Deem all Matters in Defendants' Statement of Material Facts as Admitted, and Motion for Judgement in Defendants' Favor provide as follows:

1. Plaintiff filed his Complaint in the United States District Court of Kansas on July 26, 2023. Plaintiff's Amended Complaint was filed on November 9, 2023.

2. Plaintiff's Amended Complaint claims that Defendants were deliberately indifferent to Plaintiff's medical needs in relation to a condition involving Plaintiff's right shoulder.

3. In compliance with the Scheduling Order, Defendants filed their Motion for Summary Judgment, Brief in Support of Motion for Summary Judgment, and Statement of Material Facts on March 7, 2025. Defendants requested the Court grant judgement in their favor on all claims against them in Plaintiff's Amended Complaint.

4. Defense counsel also mailed pdf copies of Defendants' Motion for Summary Judgment, Brief in Support of Motion for Summary Judgment, and Statement of Material Facts on March 7, 2025. Additionally, pursuant to D. Kan. Rule 56.1, Defendants provided Plaintiff with requisite notice to a *pro se* litigant, alerting the Plaintiff of Defendants filing of a Motion for Summary Judgment and attaching both D. Kan. Rule 56.1 and Fed. R. Civ. P. 56.

5. A response to a motion for summary judgment must be filed with the court within twenty-one (21) days of being served with the motion. *See* D. Kan. Rule 6.1(d)(1). Further, "All material facts set forth in the statement of the movant will be deemed admitted for the purpose of summary judgment unless specifically controverted by the statement of the opposing party." *See* D. Kan. Rule 56.1(a).

6. Plaintiff's deadline to respond to Defendants' Motion for Summary Judgment and Defendants' Statement of Material Facts was March 31, 2025. Despite this deadline, Plaintiff has not filed a response nor requested additional time to respond to the Defendants' Motion for Summary Judgment.

7. Plaintiff filed a cross Motion for Summary Judgment but the filing of this motion does not eliminate the need to address the material facts presented by the opposing party. According to the Federal Rules of Civil Procedure Rule 56, a party asserting that a fact cannot be or is genuinely disputed must support the assertion by citing to particular parts of materials in the record or showing that the materials cited do not establish the absence or presence of a genuine dispute. If a party fails to properly address another party's assertion of fact, the court may consider the fact undisputed for purposes of the motion.

Fed. R. Civ. P. 56. Because Plaintiff has failed to respond, Rule 56.1(a) requires the court to deem all matters set forth in Defendants' Statement of Material Facts as admitted. *See Davis v. Simon Prop. Grp.*, 9 F. App'x 876 (10th Cir. 2001)(The Tenth Circuit upheld the district court's decision to deem facts admitted due to the nonmoving party's failure to respond, as authorized by local rule); *See also Hagelin for President Comm. of Kan. v. Graves,* 25 F.3d 956, 959 (10th Cir.1994) (holding, without citation to local rule, that "[b]ecause [defendant] failed to submit any materials contradicting plaintiffs' statement of facts in support of their motion for summary judgment, these facts are deemed admitted").

8. Because Defendants' Statement of Material Facts shall be deemed as admitted, and because Plaintiff has failed to respond to Defendants' Motion for Summary Judgment, the material facts demonstrate that Defendants are entitled to Judgment as a matter of law.

9. Defendants incorporate by reference arguments and facts raised in their Motion for Summary Judgment, Brief in Support of Motion for Summary Judgment and Statement of Material Facts.

WHEREFORE Defendants Gordon Harrod, M.D., Sarah Madgwick, and Kelly Knipp respectfully request that this Court grant their Motion to Deem all Matters in Defendants' Statement of Material Facts as Admitted and Motion for Judgment in Defendant's Favor, enter Judgment for Defendants Gordon Harrod, M.D., Sarah Madgwick, and Kelly Knipp on all counts and for any further relief the Court deems just and necessary.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Marcus A. Meyer*
Katrina L. Smeltzer, #26623
Marcus A. Meyer, #79198
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
816.627.5332
816.627.5532 (Fax)
ksmeltzer@sandbergphoneix.com
mmeyer@sandbergphoneix.com
*Attorneys for Defendant Gordon Harrod, MD, Sarah Madgwick and Kelly Knipp*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April 2025, the foregoing was filed electronically with the Clerk of the Court to be served by Operation of the Court's electronic filing system upon the following:

Whitney L. Casement
Stevens & Brand, L.L.P.
wcasement@stevensbrand.com
*Attorneys for KDOC Defendants*

I hereby certify that on this 22nd day of April 2025, the foregoing was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

Brian Waterman, 126456
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, Kansas 67504
*Pro Se Plaintiff*

/s/ *Marcus A. Meyer*
