In the United States District Court for the District
of Kansas

waterman,
     Plaintiff

vs.                                    Case no. 23-CV-3182-DPC-REs

Dr. Harrod
~~Defendant~~

                    Motion for the Courts
                      to court order
                          medical
                            care

        Comes now, plaintiff waterman prose filing
such motion against the defendants, for interference in
my medical care, Doctor harrod, Sarah Madgwick,
and the nurse. For reasons stated below. This
motion is prose and shall be Construed liberally.

1. At HCF The courts are aware that physical
therapy was difficult to acheive being in
segregation.

2. After some motions and grievances finally
physical therapy was finished, Recommendations
to see Orthopedic for Consultation for a
scope an surgery for my torn muscles in
my right shoulder.

3. At arrival my cronic care was done.
The nurse or provider stated I would have
to start the process all over again.

                          -1-

4. meaning an X-ray, MRI, physical Therapy, orthopedic. I asked how long it would take to accomplish this she stated roughly a year.

5. This court and the defendants from centurion have been fully briefed, medical records reviewed. several x-rays. A MRI down March of 2023 done, At least (2) partial tears, were shown. orthopedic in August of 2023.

6. Physical Therapy ordered. One session done. so on.

7. Topeka Medical advisory board has approved my Orthopedic Consultation. Aprn Mapps does not have the authority to over ride these orders.

8. It has taken over (3) years to get this consultation with a Orthopedic to approve surgery.

9. For a provider who interfers in my medical for the defendants to stall out my prescribed medical orders is now retaliating, harassing, and deliberately doing so to keep me in pain.

10. Or I file a new Civil suit on ECF medical staff for interfering in prescribed orders by a acting physican. This could be a ploy to stall me out due to the courts going to grant a trial.

11. So there is no evidence before a Judge an jury, which is illegal. At this juncture the federal Courts have Jurisdiction to grant additional Discovery the physical Therapist Orders.

-2-

12. The Medical board of Directors at Topeka orders. To review for purposes of deliberate delay in Medical by KDOC Contractor Centurion employees, As to the federal Court inherent power to interfere and grant a order for adequate medical care after (3)½ years.

13. If This goes to trial I will be having my lawyer as the federal Courts normally grant one request discovery of HCF medical files of the physical therapists, and further medical Orders by superior medical professionals. Then asking to amend my complaint.

14. It is documented that an Orthopedic Consultation is a approved an Ordered by Topeka Centeral office. This Janky nurse has no authority to over ride those orders.

15. What is Provider Mapps Motive for this? Or reasoning? Which is very odd an unusal Once Topeka Medical Orders are approved. See x-A- from HSA Lieker.

## Relief Sought.

A court order granting Orthopedic consultation. to have the defendants and there agency follow all medical orders. To give the courts weekly updates on my status. for a hearing to discuss my medical care.

## Certificate of service

Clerk of Court
U.S. District Court
500 state Ave
Kansas City, KS 66101

Brian Waterman 126456
ECF/ B-132
P.O. Box 107
Ellsworth, KS 67439