In the United States District Court for the District of Kansas

Waterman
Plaintiff
vs.
Dr. Harrod
Defendant

Case no. 23-cv-3182- DDC-RES

Motion for Status Update

comes now, plaintiff Waterman pro se respectfully asking for a status update on the pending matters of on summary Judgement as it has been 150 days or close too. As I havnt heard anything from the courts on motions related to additional facts or summary Judgement. respectfully Mr. Waterman 9-11- 2025

Certificate of Service

Clerk of Court
U.S. District Courts
500 States Ave
Kansas City, KS 66101

Brian Waterman
ECF/3-5-14
P.O. Box 107
Ellsworth KS 67439

— 1 —