In the District Court for the District of Kansas

Waterman
Plaintiff

vs.

Dr. Harred
Defendant

Case no. 23-cv-3182-DDC-RES.

## Motion for status update

Comes now, waterman plaintiff pro se requesting a status update on summary Judgement against the defendants and motions pending. As I havn't receive any thing from the District Courts concerning these matters. I am sure it has or is close to 150 days since both parties filed summary Judge ment.

Certificate of service

Clerk of Court
U.S. District Court
500 State Ave
Kansas City KS 66101

Brian Waterman
ECF/ 3 south
P.O. Box 107
Ellsworth KS 67439

126456

—1—