In the United States District Court for the
District of Kansas

Waterman
Plaintiff

v.                                          Case No. 23-CV-3182-DDC-RES

Dr. Harrod
Defendant

## Judicial Notice

Comes now, plaintiff Waterman prose filing Judicial Notice to the courts that I will filing a new civil action against Dr. Harrod, Knipp, Magwich for retaliation using there co-workers at ECF HSA Leiker and Aprn Nikki Howel, to deny or delay my medical for my right shoulder. Grievances have been filed. I am at 7 months for a Orthopedic visit that has been cancelled by HSA Leiker, and Aprn Howell for their Co-workers to cause me unwanton pain and infliction. I havn't recieve any relief from the courts. So I'll be able to appeal to the tenth Circuit Court of appeals. My shoulder still pops and grinds.

### Certificate of service

Clerk of Court
U.S. Dist. Courts
500 Kansas Ave
Kansas City, KS 66101

Brian Waterman
2100218264
ECF/3-south
P.O. Box 107
Ellsworth KS 67439

−1−