# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

BRIAN MICHAEL WATERMAN,

       **Plaintiff,**

v.                                     **Case No. 23-3182-DDC-RES**

GORDON HARROD, M.D.,
JENNELL BUCHANAN,
SARAH MADGWICK,
KELLY KNIPP,
NICOLE SCOLARI,
ZACHARY LITTLE,
JESSE HOSES,
(FNU) SHAW,
(FNU) JARU,

       **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**The court dismissed defendants Jesse Hoses, (fnu) Jaru, and (fnu) Shaw consistent with the Memorandum and Order (Doc. 38) filed on April 19, 2024.**

**Plaintiff recovers nothing, the action is dismissed on the merits, and defendants shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 161) filed on January 7, 2026.**

     01/07/2026                               SKYLER B. O'HARA
       Date                                     CLERK OF THE DISTRICT COURT

                                             by:   s/ Megan Garrett
                                                  Deputy Clerk