In The United states District Court for
The District of Kansas

Brian Waterman
Plaintiff

vs.                                    Case no. 23-cv-3182-DDC-RESS

Docter Harrod
Defendant

## Notice of Appeal

comes now, plaintiff waterman prose
filing to the 10th Cir. for a full notice of Appeal
on the entire record, on Centurion not being
a defendant, under Imminent danger denial of
medical Care by Defendants and federal District
Courts. Ordered to pay Court Costs to defendants
as KDOC officials did not come out of pocket the
Tax payers money paid for everything.
Exploitation of the grievance system as KDOC
now has several grievance systems in place.
As the federal Courts have made it legal
for KDOC and Centurion to Just move inmates
with medical issues to another prison then
deny any medical care

-1-

As my shoulder still isn't fixed. for four years now ive suffered with a torn right shoulder, Not only does Centurion get hundreds of millions by Tax payers and federal to provide medical care and refuse to do so, I have to pay court cost for sueing for medical care owed to me. It is well documented my right shoulder is torn, no medical evidence was presented that KDOC and Centurion fixed or did anything medical wise to properly heal my shoulder. I will be filing to the U.S. Supreme Courts as well. Notice of appeal on the full record.

Certificate of service

2100218264

Clerk of Court
U.S. District Court
500 State Ave
Kansas City, KS 66101

Brian Waterman
ECF
P.O. Box 107
Ellsworth KS 67439

-2-